**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of Delaware
                                    (State)

Case number *(If known):* _____ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   GrooMore, Inc.

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   6 1 - 1 9 8 1 9 9 0

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | 1445 Woodmont Ln. NW | |
   | Number    Street | Number        Street |
   | Suite # 668 | |
   | | P.O. Box |
   | Atlanta            GA      30318 | |
   | City            State    ZIP Code | City            State    ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | Fulton County | |
   | County | Number    Street |
   | | City            State    ZIP Code |

5. **Debtor' s website (URL)**

   https://groomore.com/

Debtor    <u>GrooMore, Inc.</u>       Case number *(if known)* _____
Name

---

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

<u>5</u>   <u>1</u>   <u>3</u>   <u>2</u>

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply:*

     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No
☐ Yes. District _____ When _____ Case number _____
                       MM / DD / YYYY
       District _____ When _____ Case number _____
                       MM / DD / YYYY

---

Debtor   GrooMore, Inc.
_____   Case number (if known) _____
         Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes. Debtor _____   Relationship _____

District _____   When _____
                                                              MM / DD / YYYY

Case number, if known _____

**11. Why is the case filed in this district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number        Street

_____

_____
City                    State      ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,000-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

Debtor    GrooMore, Inc.
        Name

Case number *(if known)*

| | | | |
|---|---|---|---|
| **15. Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☒ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☒ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    01/09/2025
        MM / DD / YYYY

X  /s/ ChunLiang Lin
Signature of authorized representative of debtor

ChunLiang Lin
Printed name

Title  Founder and CEO

**18. Signature of attorney**

X  /s/ Joseph C. Barsalona II
Signature of attorney for debtor

Date  01/09/2025
      MM / DD / YYYY

Joseph C. Barsalona II
Printed name

Pashman Stein Walder Hayden, P.C.
Firm name

824 Market Street, Suite 800
Number        Street

Wilmington
City

DE
State

19801
ZIP Code

302-592-6496
Contact phone

jbarsalona@pashmanstein.com
Email address

6102
Bar number

DE
State

## UNANIMOUS WRITTEN CONSENT OF THE
## BOARD OF DIRECTORS OF GROOMORE, INC.

The undersigned, being the full board of directors (the "Board") of GrooMore Inc., a Delaware corporation (the "Company"), acting by written consent without a meeting pursuant to Section 3.10 of the Bylaws of GrooMore, Inc. (the "Bylaws"), agree, pursuant to the Delaware General Corporation Law, as amended, and the Bylaws, that it consents to and hereby adopts and approves, the following resolutions:

**WHEREAS**, the Board has reviewed and considered, among other things, the financial condition of the Company on the date hereof; and

**WHEREAS**, the Board has received, reviewed, and considered the recommendations of the Company's legal and other advisors as to the relative risks and benefits of pursuing a bankruptcy case under the provisions of subchapter V of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

**NOW, THEREFORE, BE IT RESOLVED**, that, with respect to the Company, the Board has determined that it is desirable and in the best interests of the Company, its creditors, its stockholders and other interested parties that a voluntary petition (the "Petition") be filed by the Company under the provisions of subchapter V of chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"); and be it

**FURTHER RESOLVED**, that the Chief Executive Officer of the Company, ChunLiang Lin, and any duly appointed officer of the Company (each, an "Authorized Person"), in each case, acting individually or jointly, be, and each hereby is, authorized, empowered, and directed, with full power of delegation, to negotiate, execute, verify, deliver, and file with the Bankruptcy Court, in the name and on behalf of the Company, and under its corporate seal or otherwise, all petitions, schedules, statements, motions, lists, applications, pleadings, papers, affidavits, declarations, orders, plans, and other documents (collectively, the "Chapter 11 Filings") (with such changes therein and additions thereto as any such Authorized Person may deem necessary, appropriate or advisable, the execution and delivery of any of the Chapter 11 Filings by any such Authorized Person with any changes thereto to be conclusive evidence that any such Authorized Person deemed such changes to meet such standard); and be it

**FURTHER RESOLVED**, that any Authorized Person, in each case, acting individually or jointly, be, and each hereby is, authorized, empowered, and directed, with full power of delegation, in the name and on behalf of the Company, to take and perform any and all further acts and deeds that such Authorized Person deems necessary, appropriate, or desirable in connection with the Company's chapter 11 case (the "Chapter 11 Case") or the Chapter 11 Filings, including, without limitation, (i) the payment of fees, expenses and taxes such Authorized Person deems necessary, appropriate, or desirable, and (ii) negotiating, executing, delivering, performing and filing any and all additional documents, schedules, statements, lists, papers, agreements, certificates and/or instruments (or any amendments or modifications thereto) in connection with, or in furtherance of, the Chapter 11 Case with a view to the successful prosecution of the Chapter

1

11 Case (such acts to be conclusive evidence that such Authorized Person deemed the same to meet such standard); and be it

**FURTHER RESOLVED**, that the retention of the law firm of Pashman Stein Walder Hayden, P.C. ("Pashman Stein"), to represent the Company as bankruptcy counsel on the terms set forth in its engagement letter with the Company and to represent and assist the Company in preparing and filing the Petition, the Chapter 11 Filings, and related forms, schedules, lists, statements and other papers or documents is hereby approved, adopted, ratified and confirmed in all respects; and in connection therewith, any Authorized Person, and each of them, acting either individually or jointly, are hereby authorized, empowered, and directed, in the name and on behalf of the Company, to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Case, and cause to be filed an appropriate application for authority to retain the services of Pashman Stein; and be it

**FURTHER RESOLVED**, that the Authorized Persons or any one of them be, and each hereby is, authorized and empowered to engage such further accountants, counsel, consultants or advisors and to do such other acts and things as may be determined to be necessary or appropriate by the Authorized Person or Authorized Persons so acting in order to fully effectuate the purpose and intent of the foregoing resolutions and to accomplish the transactions contemplated thereby, such determination to be conclusively evidenced by the retention or taking of any such action by such Authorized Person; and be it

**FURTHER RESOLVED**, that all of the acts and transactions relating to matters contemplated by the foregoing resolutions, which acts and transactions would have been authorized and approved by the foregoing resolutions except that such acts and transactions were taken prior to the adoption of such resolutions, be, and they hereby are, in all respects adopted, confirmed, approved, and ratified.

*[Remainder of Page Intentionally Left Blank]*

**IN WITNESS WHEREOF**, the undersigned Board members have executed this consent on the date set forth below.

/s/ *ChunLiang Lin*

ChunLiang Lin
Date:

1/6/2025

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| GrooMore, Inc. | Case No. 25-_____ (__) |
| Debtor.[1] | (Subchapter V) |

## CORPORATE OWNERSHIP STATEMENT AND LIST OF EQUITY HOLDERS

Pursuant to Rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are equity holders, other than governmental units, that directly or indirectly own 10% of more of any class of the Debtors equity interests:

| Name and last known address or place of business of holder | Percentage of Ownership |
|---|---|
| ChunLiang Lin<br>Building 2, D403,<br>Nan Guo Li Cheng,<br>Nan Shan District, Shenzhen,<br>Guangdong,<br>China | 100% |

---

[1]     The last four digits of the Debtor's federal tax identification number are 1990.  The Debtor's mailing address is 1445 Woodmont Ln NW, Suite 668, Atlanta, GA 30318.

**Fill in this information to identify the case:**

Debtor name  GrooMore, Inc.

United States Bankruptcy Court for the: _____ District of  Delaware
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Zhao Ji Wen Mao Hua Xi Du Hui, No. 910, Xinyu Road, Yuhua District, Changsha, Hunan Province, China | Attn: Zhao Ji Wen Email: 570838347@qq.com | Trade Debt | | | | $316,200.00 |
| 2 | J.S. Held LLC – US 50 Jericho Quadrangle Ste 117 Jericho, NY 11753 | Attn: Shelly Irvine Tel: 516-621-2900 Email: billing@jsheld.com | Professional Services | | | | $120,277.34 |
| 3 | Lesowitz Gebelin LLP 8383 Wilshire Blvd, Suite 800 Beverly Hills, California 90211 | Attn: Steven Gebelin Email: steven@lawbylg.com | Professional Services | | | | $67,908.75 |
| 4d | Stripe 199 Water St, New York, NY 10038 | Email: notifications@stripe.com | Bank Loan | | | | $55,097.00 |
| 5 | Structure Law Group 1754 Technology Drive, Suite 135 San Jose, California 95110 | Attn: Robin Ratner Tel: 408-441-7500 Email: rratner@structurelaw.com | Professional Services | | | | $40,933.15 |
| 6 | Twilio 101 Spear Street, Fifth Floor, San Francisco, CA 94105 | Email: ecalinisan@twilio.com | Trade Debt | | | | $25,346.68 |
| 7 | Moement, Inc. 22110 Artesia Blvd., Ste. 177, Redondo Beach, CA 90278 | Email: support@moego.pet | Pending litigation | CUD | | | Undetermined |
| 8 | | | | | | | |

Debtor  GrooMore, Inc.                                     Case number (if known) _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

**Fill in this information to identify the case and this filing:**

Debtor Name  GrooMore, Inc.

United States Bankruptcy Court for the: _____  District of  Delaware
                                                                      State)

Case number *(if known)*: _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## ■ Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration    Corporate Ownership Statement _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/09/2025          ✗ /s/ ChunLiang Lin _____
             MM / DD / YYYY        Signature of individual signing on behalf of debtor


                                   ChunLiang Lin _____
                                   Printed name

                                   Founder and CEO _____
                                   Position or relationship to debtor

# FOR TAX YEAR 2023

GROOMORE INC

Andreea Wildner CPA

2060 Golf View Dr

DUNEDIN, FL 34698

(727)992-0489

# Andreea Wildner CPA

2060 Golf View Dr
DUNEDIN, FL 34698
andreea@besttaxoffice.com
Phone: (727)992-0489  |  Fax (813)749-9403

September 04, 2024

Groomore Inc
1445 Woodmont Ln Nw, Ste 668
Atlanta, GA 30318

Groomore Inc:

Enclosed is the 2023 Form 1120, U.S. Corporation Income Tax Return, prepared for Groomore Inc from the information provided. The return will be e-filed with the IRS once we receive a signed Form 8879-CORP, E-file Authorization for Corporations.

The corporation's federal return reflects a balance due of $2,627.

An amount of $2,627 will be withdrawn on September 04, 2024, from the corporation's Evolve Bank checking account ending in **1837. To cancel this payment, contact the IRS E-file Payment Inquiry and Cancellation Service at (888) 353-4537 no later than two business days before the scheduled payment (settlement) date.

Federal estimated tax payment amounts have been prepared for the 2024 tax year. Submit each payment on or before the due date.

If the corporation uses the Electronic Federal Tax Payment System (EFTPS) to make federal tax deposits, it must use EFTPS to make these estimated tax payments. Do not send payments directly to an IRS office; otherwise, Groomore Inc may have to pay a penalty. The corporation's federal estimate details by quarter are as follows:

1st Quarter : $624 due on April 15, 2024
2nd Quarter : $624 due on June 17, 2024
3rd Quarter : $624 due on September 16, 2024
4th Quarter : $624 due on December 16, 2024

Enclosed is the 2023 Georgia Income Tax return, prepared for Groomore Inc from the information provided. This return will be e-filed with the Georgia taxing authority.

The corporation's Georgia Income Tax return reflects a balance due of $21.

An amount of $21 will be withdrawn on September 04, 2024 from the corporation's Evolve Bank checking account ending in **1837.

Thank you for the opportunity to be of service. For further assistance with the corporation's tax return needs, contact this office at (727)992-0489.

Sincerely,


Andreea Wildner
Andreea Wildner CPA

# Andreea Wildner CPA

2060 Golf View Dr
DUNEDIN, FL 34698
andreea@besttaxoffice.com
Phone: (727)992-0489  |  Fax (813)749-9403

September 04, 2024

Groomore Inc
1445 Woodmont Ln Nw, Ste 668
Atlanta, GA 30318

Your privacy is important to us. Read the following privacy policy.

We collect nonpublic personal information about you from various sources, including:

* Interviews regarding your tax situation

* Applications, organizers, or other documents that supply such information as your name, address, telephone number, Social Security Number, number of dependents, income, and other tax-related data

* Tax-related documents you provide that are required for processing tax returns, such as Forms W-2, 1099R, 1099-INT and 1099-DIV, and stock transactions

We do not disclose any nonpublic personal information about our clients or former clients to anyone, except as requested by our clients or as required by law.

We restrict access to personal information concerning you, except to our employees who need such information in order to provide products or services to you. We maintain physical, electronic, and procedural safeguards that comply with federal regulations to guard your personal information.

If you have any questions about our privacy policy, contact our office at (727)992-0489.

Sincerely,

Andreea Wildner
Andreea Wildner CPA

# Andreea Wildner CPA

2060 Golf View Dr
DUNEDIN, FL 34698
andreea@besttaxoffice.com
Phone: (727)992-0489 | Fax (813)749-9403

| Customer Name | Customer Information | |
|---|---|---|
| Groomore Inc | Invoice #: | |
| 1445 Woodmont Ln Nw, Ste 668 | Date: | September 04, 2024 |
| Atlanta, GA 30318 | Phone: | (267)206-0152 |
| | E-mail: | |

Your 2023 tax return was prepared by Andreea Wildner.

| Description | | Fee |
|---|---|---|
| **Federal And Supplemental Forms** | | |
| Form 1120 | U.S. Corporation Income Tax Return, page 1 | |
| Form 1120 pg 2 | U.S. Corporation Income Tax Return, page 2 | |
| Form 1120 pg 3 | U.S. Corporation Income Tax Return, page 3 | |
| Form 1120 pg 4 | U.S. Corporation Income Tax Return, page 4 | |
| Form 1120 pg 5 | U.S. Corporation Income Tax Return, page 5 | |
| Form 1120 pg 6 | U.S. Corporation Income Tax Return, page 6 | |
| Wks Estimated Tax | Estimated Tax Worksheet for Corporations | |
| Schedule G | Certain Persons Owning Corp Voting Stock | |
| Form 1125-A | Cost of Goods Sold | |
| Form 2220 | Underpayment of Estimated Tax, page 1 | |
| Form 2220 pg 2 | Underpayment of Estimated Tax, page 2 | |
| Form 2220 - Calculation | Underpayment of Estimated Tax Worksheet | |
| Form 7004 | Application for Automatic Extension | |
| Form 8879-CORP | E-file Authorization for Corporations | |
| Wks Tax/Lic | Taxes and Licenses Worksheet | |
| Statement 1120 | Form 1120 - Other Deductions | |
| Statement Sch L | Schedule L - Itemized Other Current Assets | |
| Statement Sch M1 | Sch M1 - Itemized Expenses on Books | |
| Statement 1125A | Form 1125A - Itemized Other Costs | |
| Comparison | Tax Year Comparison Sheet | |
| EF Notice | General Information for Electronic Filing | |
| Estimate Summary | Summary of Estimates | |
| Payment | Direct Debit Information | |
| **Georgia Forms** | | |
| GA 600 | Corporation Tax Return | |
| GA 600 pg 3 | Corporation Tax Return, page 3 | |
| GA IT-303C | Corporate Extension | |
| GA 8453 C | Declaration for Electronic Filing | |
| GA DDB | Direct Deposit/Debit Worksheet | |
| GA PDF | Binary Attachment | |

| Total Forms | 29 | Forms Subtotal | 0.00 |
|---|---|---|---|
| | | Total Balance Due | 0.00 |

Payment due upon receipt.  Thank you for your business!

| | **Acknowledgement and General Information for Entities That File Returns Electronically** | **2023** |
|---|---|---|
| Name(s) as shown on return | | Tax ID Number |
| GROOMORE INC | | **-***1990 |

Entity address

1445 WOODMONT LN NW

ATLANTA, GA 30318

**Thank you for participating in IRS e-file.**

1. [X] 2023 __7004__ income tax return for __Federal__ was filed electronically.
   The electronic filing services were provided by __Andreea Wildner CPA__ .

2. [ ] _____ income tax return was accepted on _____ using a Personal Identification Number (PIN) as an electronic signature. The entity entered a PIN or authorized the Electronic Return Originator (ERO) to enter or generate a PIN signature. The submission ID assigned to this return is _____ .

    **PLEASE DO NOT SEND A PAPER COPY OF ENTITY'S RETURN TO THE IRS. IF YOU DO, IT WILL DELAY THE PROCESSING OF THE RETURN.**

Client Copy

EF_ACK.LD

Form **1120**

Department of the Treasury
Internal Revenue Service

## U.S. Corporation Income Tax Return

For calendar year 2023 or tax year beginning _____ , 2023, ending _____ , 20_____

Go to *www.irs.gov/Form1120* for instructions and the latest information.

OMB No. 1545-0123

**2023**

**A Check if:**
1a Consolidated return (attach Form 851) ☐
b Life/nonlife consolidated return ☐
2 Personal holding co. (attach Sch. PH) ☐
3 Personal service corp. (see instructions) ☐
4 Schedule M-3 attached ☐

TYPE OR PRINT

**Name**
GROOMORE INC

**Number, street, and room or suite no. If a P.O. box, see instructions** STE 668
1445 WOODMONT LN NW

**City or town, state or province, country and ZIP or foreign postal code**
ATLANTA            GA    30318

**B Employer identification number**
61-1981990

**C Date incorporated**
10-21-2020

**D Total assets (see instructions)**
$              24,259

**E** Check if: **(1)** ☐ Initial return  **(2)** ☐ Final return  **(3)** ☐ Name change  **(4)** ☐ Address change

### Income

| | | | |
|---|---|---|---:|
| 1a | Gross receipts or sales | 1a | 335,107 |
| b | Returns and allowances | 1b | |
| c | Balance. Subtract line 1b from line 1a | 1c | 335,107 |
| 2 | Cost of goods sold (attach Form 1125-A) | 2 | 240,747 |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | 94,360 |
| 4 | Dividends and inclusions (Schedule C, line 23) | 4 | |
| 5 | Interest | 5 | |
| 6 | Gross rents | 6 | |
| 7 | Gross royalties | 7 | |
| 8 | Capital gain net income (attach Schedule D (Form 1120)) | 8 | |
| 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 9 | |
| 10 | Other income (see instructions - attach statement) | 10 | |
| 11 | **Total income.** Add lines 3 through 10 | 11 | 94,360 |

### Deductions (See instructions for limitations on deductions.)

| | | | |
|---|---|---|---:|
| 12 | Compensation of officers (see instructions - attach Form 1125-E) | 12 | |
| 13 | Salaries and wages (less employment credits) | 13 | |
| 14 | Repairs and maintenance | 14 | |
| 15 | Bad debts | 15 | |
| 16 | Rents | 16 | |
| 17 | Taxes and licenses . . . . . . . . . . . . . . . . . Wks. Tax/Lic. | 17 | 709 |
| 18 | Interest (see instructions) | 18 | |
| 19 | Charitable contributions | 19 | |
| 20 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 20 | |
| 21 | Depletion | 21 | |
| 22 | Advertising | 22 | |
| 23 | Pension, profit-sharing, etc., plans | 23 | |
| 24 | Employee benefit programs | 24 | |
| 25 | Energy efficient commercial buildings deduction (attach Form 7205) | 25 | |
| 26 | Other deductions (attach statement) . . . . . . . . . . . Statement #5. | 26 | 81,770 |
| 27 | **Total deductions.** Add lines 12 through 26 | 27 | 82,479 |
| 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | 28 | 11,881 |
| 29a | Net operating loss deduction (see instructions) | 29a | |
| b | Special deductions (Schedule C, line 24) | 29b | |
| c | Add lines 29a and 29b | 29c | |

### Tax, Refundable Credits, & Payments

| | | | |
|---|---|---|---:|
| 30 | **Taxable income.** Subtract line 29c from line 28. See instructions | 30 | 11,881 |
| 31 | Total tax (Schedule J, Part I, line 11) | 31 | 2,495 |
| 32 | Reserved for future use | 32 | |
| 33 | Total payments and credits (Schedule J, Part III, line 23) | 33 | |
| 34 | Estimated tax penalty. See instructions. Check if Form 2220 is attached . . . . ☒ | 34 | 132 |
| 35 | **Amount owed.** If line 33 is smaller than the total of lines 31 and 34, enter amount owed | 35 | 2,627 |
| 36 | **Overpayment.** If line 33 is larger than the total of lines 31 and 34, enter amount overpaid | 36 | |
| 37 | Enter amount from line 36 you want: Credited to 2024 estimated tax _____ Refunded | 37 | |

### Sign Here

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| CHUNLIANG LIN | | PRESIDENT | |
|---|---|---|---|
| Signature of officer | Date | Title | |

May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No

### Paid Preparer Use Only

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| ANDREEA WILDNER | ANDREEA WILDNER | | | XXXXX9057 |

| Firm's name | Andreea Wildner CPA | Firm's EIN | 37-1704874 |
|---|---|---|---|
| Firm's address | 2060 Golf View Dr | Phone no. | |
| | DUNEDIN FL 34698 | | (727)992-0489 |

**For Paperwork Reduction Act Notice, see separate instructions.**

EEA

Form **1120** (2023)

Form 1120 (2023)   GROOMORE INC                                                    61-1981990        Page **2**

| Schedule C | Dividends, Inclusions, and Special Deductions (see instructions) | (a) Dividends and inclusiions | (b) % | (c) Special deductions (a) × (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) . . . . . . . . . . . . . . . . . . . . . . | | 50 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) . . . . . . . . . . . . . . . . . . . . . . | | 65 | |
| 3 | Dividends on certain debt-financed stock of domestic and foreign corporations . . . . . . | | See instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities . . . . . . . | | 23.3 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities . . . . . . . . | | 26.7 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs . . . . . . . | | 50 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs . . . . . . . . | | 65 | |
| 8 | Dividends from wholly owned foreign subsidiaries . . . . . . . . . . . . . . . | | 100 | |
| 9 | **Subtotal.** Add lines 1 through 8. See instructions for limitations . . . . . . . . . . . | | See instructions | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 . . . . . . . . . . | | 100 | |
| 11 | Dividends from affiliated group members . . . . . . . . . . . . . . . . . . | | 100 | |
| 12 | Dividends from certain FSCs . . . . . . . . . . . . . . . . . . . . . . | | 100 | |
| 13 | Foreign-source portion of dividends received from a specified 10%-owned foreign corporation (excluding hybrid dividends) (see instructions) . . . . . . . . . . . . | | 100 | |
| 14 | Dividends from foreign corporations not included on line 3, 6, 7, 8, 11, 12, or 13 (including any hybrid dividends) . . . . . . . . . . . . . . . . . . . . | | | |
| 15 | Reserved for future use . . . . . . . . . . . . . . . . . . . . . . | | | |
| 16a | Subpart F inclusions derived from the sale by a controlled foreign corporation (CFC) of the stock of a lower-tier foreign corporation treated as a dividend (attach Form(s) 5471) (see instructions) . . . . . . . . . . . . . . . . . . . . . | | 100 | |
| b | Subpart F inclusions derived from hybrid dividends of tiered corporations (attach Form(s) 5471) (see instructions) . . . . . . . . . . . . . . . . . . . . | | | |
| c | Other inclusions from CFCs under subpart F not included on line 16a, 16b, or 17 (attach Form(s) 5471) (see instructions) . . . . . . . . . . . . . . . . . . | | | |
| 17 | Global Intangible Low-Taxed Income (GILTI) (attach Form(s) 5471 and Form 8992) . . . . | | | |
| 18 | Gross-up for foreign taxes deemed paid . . . . . . . . . . . . . . . . . | | | |
| 19 | IC-DISC and former DISC dividends not included on line 1, 2, or 3 . . . . . . . . . | | | |
| 20 | Other dividends . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 21 | Deduction for dividends paid on certain preferred stock of public utilities . . . . . . . . | | | |
| 22 | Section 250 deduction (attach Form 8993) . . . . . . . . . . . . . . . . . | | | |
| 23 | **Total dividends and inclusions.** Add column (a), lines 9 through 20. Enter here and on page 1, line 4 . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 24 | **Total special deductions.** Add column (c), lines 9 through 22. Enter here and on page 1, line 29b . . . . . . . . . . | | | |

EEA                                                                                              Form **1120** (2023)

Form 1120 (2023)   GROOMORE INC                                            61-1981990          Page **3**

| | **Schedule J** | **Tax Computation and Payment** (see instructions) | | | |
|---|---|---|---|---|---|

**Part I - Tax Computation**

| | | | | |
|---|---|---|---|---|
| 1 | Income tax. See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1** | 2,495 |
| 2 | Base erosion minimum tax amount (attach Form 8991) . . . . . . . . . . . . . . | **2** | |
| 3 | Corporate alternative minimum tax from Form 4626, Part II, line 13 (attach Form 4626) . . . . . . . . | **3** | |
| 4 | Add lines 1, 2, and 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **4** | 2,495 |

| | | | | |
|---|---|---|---|---|
| 5a | Foreign tax credit (attach Form 1118) . . . . . . . . . . . | **5a** | 0 | |
| b | Credit from Form 8834 (see instructions) . . . . . . . . . | **5b** | | |
| c | General business credit (see instructions - attach Form 3800) . . . . . . . . | **5c** | | |
| d | Credit for prior year minimum tax (attach Form 8827) . . . . | **5d** | | |
| e | Bond credits from Form 8912 . . . . . . . . . . . . . . . | **5e** | | |
| 6 | **Total credits.** Add lines 5a through 5e. . . . . . . . . . . | **6** | | |
| 7 | Subtract line 6 from line 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . | **7** | 2,495 |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) . . . . . . . . . | **8** | 0 |

| | | | | |
|---|---|---|---|---|
| 9a | Recapture of investment credit (attach Form 4255) . . . . . . | **9a** | | |
| b | Recapture of low-income housing credit (attach Form 8611) . . . . . . . . . | **9b** | | |
| c | Interest due under the look-back method - completed long-term contracts (attach Form 8697) . . . . . . . . | **9c** | | |
| d | Interest due under the forecast method - income forecast method (attach Form 8866) . . | **9d** | | |
| e | Alternative tax on qualifying shipping activities (attach Form 8902) . . . . . . . . . . . | **9e** | | |
| f | Interest/tax due under section 453A(c) . . . . . . . . . . . | **9f** | | |
| g | Interest/tax due under section 453(l) . . . . . . . . . . . . | **9g** | | |
| z | Other (see instructions - attach statement) . . . . . . . . . | **9z** | | |
| 10 | **Total.** Add lines 9a through 9z. . . . . . . . . . . . . . . . . . . . . . . . . . | **10** | |
| 11 | **Total tax.** Add lines 7, 8, and 10. Enter here and on page 1, line 31. . . . . . . . . . | **11** | 2,495 |

**Part II - Payments and Refundable Credits**

| | | | | |
|---|---|---|---|---|
| 12 | Reserved for future use . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **12** | |
| 13 | Preceding year's overpayment credited to the current year . . . . . . . . . . . | **13** | |
| 14 | Current year's estimated tax payments . . . . . . . . . . . . . . . . . . . . | **14** | |
| 15 | Current year's refund applied for on Form 4466 . . . . . . . . . . . . . . . . | **15** | ( ) |
| 16 | Combine lines 13, 14, and 15 . . . . . . . . . . . . . . . . . . . . . . . . . | **16** | |
| 17 | Tax deposited with Form 7004 . . . . . . . . . . . . . . . . . . . . . . . . | **17** | |
| 18 | Withholding (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . | **18** | |
| 19 | **Total payments.** Add lines 16, 17, and 18 . . . . . . . . . . . . . . . . . . | **19** | |
| 20 | Refundable credits from: | | |
| a | Form 2439 . . . . . . . . . . . . . . . . . . . . . . . . | **20a** | | |
| b | Form 4136 . . . . . . . . . . . . . . . . . . . . . . . . | **20b** | | |
| c | Reserved for future use . . . . . . . . . . . . . . . . . . | **20c** | | |
| z | Other (attach statement - see instructions) . . . . . . . . . | **20z** | | |
| 21 | **Total credits.** Add lines 20a through 20z. . . . . . . . . . . . . . . . . . . | **21** | |
| 22 | Elective payment election amount from Form 3800 . . . . . . . . . . . . . . . | **22** | |
| 23 | **Total payments and credits.** Add lines 19, 21, and 22. Enter here and on page 1, line 33 . . . . . . . . . | **23** | |

EEA                                                                          Form **1120** (2023)

Form 1120 (2023)　　GROOMORE INC　　　　　　　　　　　　　　　　　61-1981990　　　　Page **4**

| Schedule K | Other Information (see instructions) | | | Yes | No |
|---|---|---|---|---|---|

**1** Check accounting method: **a** ☒ Cash **b** ☐ Accrual **c** ☐ Other (specify) _____

**2** See the instructions and enter the:

**a** Business activity code no. **541511**

**b** Business activity **SOFTWARE FOR PET GROOMING PROFESSIONALS**

**c** Product or service **SOFTWARE FOR PET GROOMERS**

**3** Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? . . . . . . . . . . . . . . . . . . | | X

If "Yes," enter name and EIN of the parent corporation _____

**4** At the end of the tax year:

**a** Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G) . . . . . . . . . . | | X

**b** Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G) . . . . | X |

**5** At the end of the tax year, did the corporation:

**a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851**, Affiliations Schedule? For rules of constructive ownership, see instructions . . . . . | | X

If "Yes," complete (i) through (iv) below.

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions . . . . . . | | X

If "Yes," complete (i) through (iv) below.

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Country of Organization | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**6** During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? See sections 301 and 316 . . . . . . . . . . . . . . . | | X

If "Yes," file **Form 5452**, Corporate Report of Nondividend Distributions. See the instructions for Form 5452.

If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary.

**7** At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of the total voting power of all classes of the corporation's stock entitled to vote or at least 25% of the total value of all classes of the corporation's stock? . . . . . | X |

For rules of attribution, see section 318. If "Yes," enter:

**(a)** Percentage owned **100** and **(b)** Owner's country **CH**

**(c)** The corporation may have to file **Form 5472**, Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached **0**

**8** Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . . . . . . . . ☐

If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments.

**9** Enter the amount of tax-exempt interest received or accrued during the tax year $ _____

**10** Enter the number of shareholders at the end of the tax year (if 100 or fewer) **1**

**11** If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here (see instructions). . . ☐

If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid.

**12** Enter the available NOL carryover from prior tax years (do not reduce it by any deduction reported on page 1, line 29a) $ _____

EEA　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Form **1120** (2023)

Form 1120 (2023)    GROOMORE INC                                                               61-1981990    Page 5

| **Schedule K** | **Other Information** *(continued from page 4)* | | |
|---|---|---|---|
| | | **Yes** | **No** |

**13** Are the corporation's total receipts (page 1, line 1a, plus lines 4 through 10) for the tax year **and** its total assets at the end of the tax year less than $250,000? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | X |

    If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year . . $ _____

**14** Is the corporation required to file Schedule UTP (Form 1120), Uncertain Tax Position Statement? See instructions . . . . . . . . . | | | X |

    If "Yes," complete and attach Schedule UTP.

**15a** Did the corporation make any payments that would require it to file Form(s) 1099? . . . . . . . . . . . . . . . . . . . . . . | | | X |

  **b** If "Yes," did or will the corporation file required Form(s) 1099? . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | X |

**16** During this tax year, did the corporation have an 80%-or-more change in ownership, including a change due to redemption of its own stock? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | X |

**17** During or subsequent to this tax year, but before the filing of this return, did the corporation dispose of more than 65% (by value) of its assets in a taxable, non-taxable, or tax deferred transaction? . . . . . . . . . . . . . . . . . . . . . . . . | | | X |

**18** Did this corporation receive assets in a section 351 transfer in which any of the transferred assets had a fair market basis or fair market value of more than $1 million? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | X |

**19** During this corporation's tax year, did the corporation make any payments that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474) of the Code? . . . . . . . . . . . . | | | X |

**20** Is the corporation operating on a cooperative basis? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | X |

**21** During this tax year, did the corporation pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | X |

    If "Yes," enter the total amount of the disallowed deductions    $ _____

**22** Does the corporation have gross receipts of at least $500 million in any of the 3 preceding tax years? (See sections 59A(e)(2) and (3).) | | | X |

    If "Yes," complete and attach Form 8991.

**23** Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during this tax year?  See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | X |

**24** Does the corporation satisfy one or more of the following? If "Yes," complete and attach Form 8990. See instructions . . . . . | | | X |

  **a** The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense.

  **b** The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $29 million and the corporation has business interest expense.

  **c** The corporation is a tax shelter and the corporation has business interest expense.

**25** Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? . . . . . . . . . . . . . . . . . . . | | | X |

    If "Yes," enter amount from Form 8996, line 15 . . . . . . . . . . . $ _____ 0 _____

**26** Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties held directly or indirectly by the corporation, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the shareholders held more than 50% of the stock of the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | X |

    Percentage:  By Vote _____    By Value _____

**27** At any time during this tax year, did the corporation (a) receive a digital asset (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? See instructions | | | X |

**28** Is the corporation a member of a controlled group? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | X |

    If "Yes," attach Schedule O (Form 1120). See instructions.

**29** Corporate Alternative Minimum Tax:

  **a** Was the corporation an applicable corporation under section 59(k)(1) in any prior tax year? . . . . . . . . . . . . . . . | | | X |

    If "Yes," go to question 29b. If "No," skip to question 29c.

  **b** Is the corporation an applicable corporation under section 59(k)(1) in the current tax year because the corporation was an applicable corporation in the prior tax year? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | X |

    If "Yes," complete and attach Form 4626. If "No," continue to question 29c.

  **c** Does the corporation meet the requirements of the safe harbor method as provided under section 59(k)(3)(A) for the current tax year? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X | |

    If "No," complete and attach Form 4626. If "Yes," the corporation is not required to file Form 4626.

**30** Is the corporation required to file Form 7208 relating to the excise tax on repurchase of corporate stock (see instructions):

  **a** Under the rules for stock repurchased by a covered corporation (or stock acquired by its specified affiliate)? . . . . . . . . . | | | X |

  **b** Under the applicable foreign corporation rules? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | X |

  **c** Under the covered surrogate foreign corporation rules? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | X |

    If "Yes" to either (a), (b), or (c), complete Form 7208, Excise Tax on Repurchase of Corporate Stock. See the Instructions for Form 7208.

**31** Is this a consolidated return with gross receipts or sales of $1 billion or more and a subchapter K basis adjustment, as described in the instructions, of $10 million or more? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | X |

    If "Yes," attach a statement. See instructions.

EEA                                                                                            Form **1120** (2023)

Form 1120 (2023)    GROOMORE INC    61-1981990    Page **6**

| Schedule L | Balance Sheets per Books | | | | |
|---|---|---|---|---|---|
| | **Assets** | Beginning of tax year | | End of tax year | |
| | | **(a)** | **(b)** | **(c)** | **(d)** |
| 1 | Cash . . . . . . . . . . . . . . . . . | | 5,939 | | 14,687 |
| 2a | Trade notes and accounts receivable . . . . . . . | | | | |
| b | Less allowance for bad debts . . . . . . . . | ( ) | | ( ) | |
| 3 | Inventories . . . . . . . . . . . . . . . | | | | 9,572 |
| 4 | U.S. government obligations . . . . . . . . | | | | |
| 5 | Tax-exempt securities (see instructions) . . . . . | | | | |
| 6 | Other current assets (attach statement) . . . . . | Statement #8 | 9,572 | | |
| 7 | Loans to shareholders . . . . . . . . . . . | | | | |
| 8 | Mortgage and real estate loans . . . . . . . . | | | | |
| 9 | Other investments (attach statement) . . . . . . | | | | |
| 10a | Buildings and other depreciable assets . . . . . | | | | |
| b | Less accumulated depreciation . . . . . . . | ( ) | | ( ) | |
| 11a | Depletable assets . . . . . . . . . . . . | | | | |
| b | Less accumulated depletion . . . . . . . . | ( ) | | ( ) | |
| 12 | Land (net of any amortization) . . . . . . . . | | | | |
| 13a | Intangible assets (amortizable only) . . . . . . | | | | |
| b | Less accumulated amortization . . . . . . . | ( ) | | ( ) | |
| 14 | Other assets (attach statement) . . . . . . . | | | | |
| 15 | Total assets . . . . . . . . . . . . . . | | 15,511 | | 24,259 |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable . . . . . . . . . . . . | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year . . . | | | | |
| 18 | Other current liabilities (attach statement) . . . . | | | | |
| 19 | Loans from shareholders . . . . . . . . . . | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more . . . . | | | | |
| 21 | Other liabilities (attach statement) . . . . . . | | | | |
| 22 | Capital stock:   **a** Preferred stock . . . . . . . . | | | | |
| | **b** Common stock . . . . . . . | | | | |
| 23 | Additional paid-in capital . . . . . . . . . . | | 593 | | 593 |
| 24 | Retained earnings-Appropriated (attach statement) . . | | | | |
| 25 | Retained earnings-Unappropriated . . . . . . . | | 14,918 | | 23,666 |
| 26 | Adjustments to shareholders' equity (attach statement) | | | | |
| 27 | Less cost of treasury stock . . . . . . . . . | | ( ) | | ( ) |
| 28 | Total liabilities and shareholders' equity . . . . . | | 15,511 | | 24,259 |

| Schedule M-1 | Reconciliation of Income (Loss) per Books With Income per Return |
|---|---|

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Net income (loss) per books . . . . . . . . | 8,748 | 7 | Income recorded on books this year not included on this return (itemize): | | |
| 2 | Federal income tax per books . . . . . . . | | | Tax-exempt interest $ _____ | | |
| 3 | Excess of capital losses over capital gains . . . . | | | | | |
| 4 | Income subject to tax not recorded on books this year (itemize): _____ | | 8 | Deductions on this return not charged against book income this year (itemize): | | |
| 5 | Expenses recorded on books this year not deducted on this return (itemize): | | a | Depreciation . . . . . $ _____ | | |
| a | Depreciation . . . . . . . . $ _____ | | b | Charitable contributions $ _____ | | |
| b | Charitable contributions . . . . $ _____ | | | | | |
| c | Travel and entertainment . . . . $ _____ | | | | | |
| | Statement #16        3,133 | 3,133 | 9 | Add lines 7 and 8 . . . . . . . . . | | |
| 6 | Add lines 1 through 5 . . . . . . . . . . . . | 11,881 | 10 | Income (page 1, line 28)-line 6 less line 9 | | 11,881 |

| Schedule M-2 | Analysis of Unappropriated Retained Earnings per Books (Schedule L, Line 25) |
|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Balance at beginning of year. . . . . . . . . . | 14,918 | 5 | Distributions:   **a** Cash . . . . . . | | |
| 2 | Net income (loss) per books . . . . . . . . . . | 8,748 | | **b** Stock . . . . . . | | |
| 3 | Other increases (itemize): _____ | | | **c** Property . . . . . | | |
| | _____ | | 6 | Other decreases (itemize): _____ | | |
| | _____ | | 7 | Add lines 5 and 6 . . . . . . . . . . | | |
| 4 | Add lines 1, 2, and 3 . . . . . . . . | 23,666 | 8 | Balance at end of year (line 4 less line 7) | | 23,666 |

EEA                                                                                                                Form **1120** (2023)

Form **1125-A**

(Rev. November 2018)

Department of the Treasury
Internal Revenue Service

# Cost of Goods Sold

▶ **Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.**

▶ **Go to *www.irs.gov/Form1125A* for the latest information.**

OMB No. 1545-0123

| Name | Employer identification number |
|------|-------------------------------|
| GROOMORE INC | 61-1981990 |

| | | | |
|---|---|---|---|
| **1** | Inventory at beginning of year . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1** | |
| **2** | Purchases . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2** | 232,611 |
| **3** | Cost of labor . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** | |
| **4** | Additional section 263A costs (attach schedule) . . . . . . . . . . . . . . . . . . . | **4** | |
| **5** | Other costs (attach schedule) . . . . . . . . . . . . . . . . . Statement #7. | **5** | 17,708 |
| **6** | **Total.** Add lines 1 through 5 . . . . . . . . . . . . . . . . . . . . . . . . | **6** | 250,319 |
| **7** | Inventory at end of year . . . . . . . . . . . . . . . . . . . . . . . . . . . | **7** | 9,572 |
| **8** | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions . . . . . . . . . . . . . . . . . . . | **8** | 240,747 |

**9a** Check all methods used for valuing closing inventory:

　*(i)* ☒ Cost

　*(ii)* ☐ Lower of cost or market

　*(iii)* ☐ Other (Specify method used and attach explanation.)　▶ _____

**b** Check if there was a writedown of subnormal goods . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) . . . . . . . . . . . ▶ ☐

**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **9d** | |

**e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions . . . . . . ☐ Yes ☒ No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☒ No

Client Copy

**For Paperwork Reduction Act Notice, see instructions**

EEA

Form **1125-A** (Rev. 11-2018)

| SCHEDULE G | Information on Certain Persons Owning the | |
|---|---|---|
| **(Form 1120)** | **Corporation's Voting Stock** | |

(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

► **Attach to Form 1120.**
► **See instructions.**

OMB No. 1545-0123

| Name | Employer identification number (EIN) |
|---|---|
| GROOMORE INC | 61-1981990 |

**Part I**  **Certain Entities Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4a). Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Percentage Owned in Voting Stock |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part II**  **Certain Individuals and Estates Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4b). Complete columns (i) through (iv) below for any individual or estate that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| CHUNLIANG LIN | XXX-XX-1990 | CH | 100 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**For Paperwork Reduction Act Notice,**
**see the Instructions for Form 1120.**
EEA

**Schedule G  (Form 1120) (Rev. 12-2011)**

Client Copy

Form **2220**

**Underpayment of Estimated Tax by Corporations**

OMB No. 1545-0123

**2023**

Department of the Treasury
Internal Revenue Service

**Attach to the corporation's tax return.**
**Go to** *www.irs.gov/Form2220* **for instructions and the latest information.**

Name
GROOMORE INC

Employer identification number
61-1981990

**Note:** Generally, the corporation is not required to file Form 2220 (see Part II below for exceptions) because the IRS will figure any penalty owed and bill the corporation. However, the corporation may still use Form 2220 to figure the penalty. If so, enter the amount from page 2, line 38, on the estimated tax penalty line of the corporation's income tax return, but **do not** attach Form 2220.

| Part I | Required Annual Payment | | |
|---|---|---|---|
| 1 | Total tax (see instructions) . . . . . . . . . . . . . . . . . . . . . . . | 1 | 2,495 |
| 2a | Personal holding company tax (Schedule PH (Form 1120), line 26) included on line **1**. . . . | 2a | |
| b | Look-back interest included on line 1 under section 460(b)(2) for completed long-term contracts or section 167(g) for depreciation under the income forecast method . . . . . . | 2b | |
| c | Credit for federal tax paid on fuels (see instructions) . . . . . . . . . . | 2c | |
| d | **Total.** Add lines 2a through 2c . . . . . . . . . . . . . . . . . . . . . | 2d | |
| 3 | Subtract line 2d from line 1. If the result is less than $500, **do not** complete or file this form. The corporation does not owe the penalty . . . . . . . . . . . . . . . . . . . . | 3 | 2,495 |
| 4 | Enter the tax shown on the corporation's 2022 income tax return. See instructions. **Caution:** If the tax is zero or the tax year was for less than 12 months, skip this line and enter the amount from line 3 on line 5 . . . | 4 | |
| 5 | **Required annual payment.** Enter the **smaller** of line 3 or line 4. If the corporation is required to skip line 4, enter the amount from line 3 . . . . . . . . . . . . . . . . . . . . | 5 | 2,495 |

| Part II | Reasons for Filing - Check the boxes below that apply. If any boxes are checked, the corporation **must** file Form 2220 even if it does not owe a penalty. See instructions. |
|---|---|
| 6 | ☐ The corporation is using the adjusted seasonal installment method. |
| 7 | ☐ The corporation is using the annualized income installment method. |
| 8 | ☐ The corporation is a "large corporation" figuring its first required installment based on the prior year's tax. |

| Part III | Figuring the Underpayment | | (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|---|
| 9 | **Installment due dates.** Enter in columns (a) through (d) the 15th day of the 4th *(Form 990-PF filers:* Use 5th month), 6th, 9th, and 12th months of the corporation's tax year . . . . . . . . . . . . | 9 | 04-18-2023 | 06-15-2023 | 09-15-2023 | 12-15-2023 |
| 10 | **Required installments.** If the box on line 6 and/or line 7 above is checked, enter the amounts from Schedule A, line 38. If the box on line 8 (but not 6 or 7) is checked, see instructions for the amounts to enter. If none of these boxes are checked, enter 25% (0.25) of line 5 above in each column . . . . . . . . . . . . . . . | 10 | 624 | 624 | 624 | 623 |
| 11 | Estimated tax paid or credited for each period. For column (a) only, enter the amount from line 11 on line 15. See instructions | 11 | | | | |
| | ***Complete lines 12 through 18 of one column before going to the next column.*** | | | | | |
| 12 | Enter amount, if any, from line 18 of the preceding column . . . . . . | 12 | | | | |
| 13 | Add lines 11 and 12 . . . . . . . . . . . . . . . . . . . . . . | 13 | | | | |
| 14 | Add amounts on lines 16 and 17 of the preceding column . . . . . . | 14 | | 624 | 1,248 | 1,872 |
| 15 | Subtract line 14 from line 13. If zero or less, enter -0- . . . . . . . . . | 15 | 0 | 0 | 0 | 0 |
| 16 | If the amount on line 15 is zero, subtract line 13 from line 14. Otherwise, enter -0- . . . . . . . . . . . . . . . . . . . . . . | 16 | | 624 | 1,248 | |
| 17 | **Underpayment.** If line 15 is less than or equal to line 10, subtract line 15 from line 10. Then go to line 12 of the next column. Otherwise, go to line 18 . . . . . . . . . . . . . . . . . . . . . . . . . | 17 | 624 | 624 | 624 | 623 |
| 18 | **Overpayment.** If line 10 is less than line 15, subtract line 10 from line 15. Then go to line 12 of the next column . . . . . . . . . . . . . | 18 | | | | |

*Go to Part IV on page 2 to figure the penalty. Do not go to Part IV if there are no entries on line 17 - no penalty is owed.*

**For Paperwork Reduction Act Notice, see separate instructions.**
EEA

Form **2220** (2023)

Form 2220 (2023)    GROOMORE INC                              61-1981990                    Page **2**

| **Part IV** | **Figuring the Penalty** |
|---|---|

|  |  |  | (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|---|
| 19 | Enter the date of payment or the 15th day of the 4th month after the close of the tax year, whichever is earlier. *(C corporations with tax years ending June 30 and S corporations:* Use 3rd month instead of 4th month. *Form 990-PF and Form 990-T filers:* Use 5th month instead of 4th month.) See instructions | **19** | 04-18-2023 | 06-15-2023 | 09-15-2023 | 12-15-2023 |
| 20 | Number of days from due date of installment on line 9 to the date shown on line 19 . . . . . . . . . . . . . . . . . | **20** | SEE WK_2220 FOR CALCULATION | | | |
| 21 | Number of days on line 20 after 4/15/2023 and before 7/1/2023 | **21** |  |  |  |  |
| 22 | Underpayment on line 17 x $\frac{\text{Number of days on line 21}}{365}$ x 7% (0.07) | **22** | $ | $ | $ | $ |
| 23 | Number of days on line 20 after 6/30/2023 and before 10/1/2023 | **23** |  |  |  |  |
| 24 | Underpayment on line 17 x $\frac{\text{Number of days on line 23}}{365}$ x 7% (0.07) | **24** | $ | $ | $ | $ |
| 25 | Number of days on line 20 after 9/30/2023 and before 1/1/2024 | **25** |  |  |  |  |
| 26 | Underpayment on line 17 x $\frac{\text{Number of days on line 25}}{365}$ x 8% (0.08) | **26** | $ | $ | $ | $ |
| 27 | Number of days on line 20 after 12/31/2023 and before 4/1/2024 | **27** |  |  |  |  |
| 28 | Underpayment on line 17 x $\frac{\text{Number of days on line 27}}{366}$ x *% | **28** | $ | $ | $ | $ |
| 29 | Number of days on line 20 after 3/31/2024 and before 7/1/2024 | **29** |  |  |  |  |
| 30 | Underpayment on line 17 x $\frac{\text{Number of days on line 29}}{366}$ x *% | **30** | $ | $ | $ | $ |
| 31 | Number of days on line 20 after 6/30/2024 and before 10/1/2024 | **31** |  |  |  |  |
| 32 | Underpayment on line 17 x $\frac{\text{Number of days on line 31}}{366}$ x *% | **32** | $ | $ | $ | $ |
| 33 | Number of days on line 20 after 9/30/2024 and before 1/1/2025 | **33** |  |  |  |  |
| 34 | Underpayment on line 17 x $\frac{\text{Number of days on line 33}}{366}$ x *% | **34** | $ | $ | $ | $ |
| 35 | Number of days on line 20 after 12/31/2024 and before 3/16/2025 | **35** |  |  |  |  |
| 36 | Underpayment on line 17 x $\frac{\text{Number of days on line 35}}{365}$ x *% | **36** | $ | $ | $ | $ |
| 37 | Add lines 22, 24, 26, 28, 30, 32, 34, and 36 . . . . . . . . . . | **37** | $ | $ | $ | $ |

| 38 | **Penalty.** Add columns (a) through (d) of line 37. Enter the total here and on Form 1120, line 34; or the comparable line for other income tax returns . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **38** | $                    132 |
|---|---|---|---|

*Use the penalty interest rate for each calendar quarter, which the IRS will determine during the first month in the preceding quarter. These rates are published quarterly in an IRS News Release and in a revenue ruling in the Internal Revenue Bulletin. To obtain this information on the Internet, access the IRS website at *www.irs.gov.* You can also call 1-800-829-4933 to get interest rate information.

EEA                                                                          Form **2220** (2023)

## Worksheet for the Underpayment of Estimated Tax by Corporations

(Keep for your records)

**2023**

| Name(s) as shown on return | Tax ID Number |
|---|---|
| GROOMORE INC | 61-1981990 |



| DATES | UNDERPAID | PEN. RATE | DAYS/YEAR | PENALTY |
|---|---|---|---|---|
| 04-18-2023 to 06-15-2023: | 624 | x .07 | x 58/365 = | 7 |
| 06-15-2023 to 06-30-2023: | 1248 | x .07 | x 15/365 = | 4 |
| 06-30-2023 to 09-15-2023: | 1248 | x .07 | x 77/365 = | 18 |
| 09-15-2023 to 09-30-2023: | 1872 | x .07 | x 15/365 = | 5 |
| 09-30-2023 to 12-15-2023: | 1872 | x .08 | x 76/365 = | 31 |
| 12-15-2023 to 12-31-2023: | 2495 | x .08 | x 16/365 = | 9 |
| 12-31-2023 to 03-31-2024: | 2495 | x .08 | x 91/366 = | 50 |
| 03-31-2024 to 04-15-2024: | 2495 | x .08 | x 15/366 = | 8 |

**TOTAL PENALTY**                                      **132**

**Form PMT**                    **ACH Payment**                    **2023**

(This information is e-filed with the return. Do not include it if paper-filing)

| Name(s) shown on return | Taxpayer's SSN |
|---|---|
| GROOMORE INC | 61-1981990 |
| | Spouse's SSN |

Routing Transit Number
084106768

Bank Account Number
████ 1837

Type of Account
CHECKING

Amount of Tax Payment
2,627

Requested Payment Date
09-04-2024

Taxpayer's Daytime Phone Number
(267)206-0152

Type of Form being filed
Form 1120

| Taxpayer's Signature | Date |
|---|---|
| Spouse's Signature | Date |

Form **7004**
(Rev. December 2018)
Department of the Treasury
Internal Revenue Service

## Application for Automatic Extension of Time To File Certain Business Income Tax, Information, and Other Returns

OMB No. 1545-0233

► File a separate application for each return.
► *Go to www.irs.gov/Form7004 for instructions and the latest information.*

**Print or Type**

| Name | Identifying number |
|---|---|
| GROOMORE INC                 STE 668 | 61-1981990 |

Number, street, and room or suite no. (If P.O. box, see instructions.)
**1445 WOODMONT LN NW**

City, town, state, and ZIP code (If a foreign address, enter city, province or state, and country (follow the country's practice for entering postal code).)
**ATLANTA          GA    30318**

Note: File request for extension by the due date of the return. See instructions before completing this form.

| Part I | Automatic Extension for Certain Business Income Tax, Information, and Other Returns. See instructions. |
|---|---|

**1** Enter the form code for the return listed below that this application is for . . . . . . . . . . . . . . . . . . . . . . . `1 | 2`

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 706-GS(D) | 01 | Form 1120-ND (section 4951 taxes) | 20 |
| Form 706-GS(T) | 02 | Form 1120-PC | 21 |
| Form 1041 (bankruptcy estate only) | 03 | Form 1120-POL | 22 |
| Form 1041 (estate other than a bankruptcy estate) | 04 | Form 1120-REIT | 23 |
| Form 1041 (trust) | 05 | Form 1120-RIC | 24 |
| Form 1041-N | 06 | Form 1120S | 25 |
| Form 1041-QFT | 07 | Form 1120-SF | 26 |
| Form 1042 | 08 | Form 3520-A | 27 |
| Form 1065 | 09 | Form 8612 | 28 |
| Form 1066 | 11 | Form 8613 | 29 |
| Form 1120 | 12 | Form 8725 | 30 |
| Form 1120-C | 34 | Form 8804 | 31 |
| Form 1120-F | 15 | Form 8831 | 32 |
| Form 1120-FSC | 16 | Form 8876 | 33 |
| Form 1120-H | 17 | Form 8924 | 35 |
| Form 1120-L | 18 | Form 8928 | 36 |
| Form 1120-ND | 19 | | |

| Part II | All Filers Must Complete This Part |
|---|---|

**2** If the organization is a foreign corporation that does not have an office or place of business in the United States, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► ☐

**3** If the organization is a corporation and is the common parent of a group that intends to file a consolidated return, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► ☐

If checked, attach a statement listing the name, address, and employer identification number (EIN) for each member covered by this application.

**4** If the organization is a corporation or partnership that qualifies under Regulations section 1.6081-5, check here . . ► ☐

**5a** The application is for calendar year 20 `23` , or tax year beginning _____ , 20 ____ , and ending _____ , 20 ____ .

**b** Short tax year. If this tax year is less than 12 months, check the reason: ☐ Initial return   ☐ Final return
   ☐ Change in accounting period   ☐ Consolidated return to be filed   ☐ Other (See instructions-attach explanation.)

| | | | |
|---|---|---|---|
| **6** | Tentative total tax . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | 2,495 |
| **7** | **Total** payments and credits. See instructions . . . . . . . . . . . . . . . . . . | **7** | 0 |
| **8** | **Balance due.** Subtract line 7 from line 6. See instructions . . . . . . . . . . . . | **8** | 2,495 |

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.

Form **7004** (Rev. 12-2018)

EEA

Form **8879-CORP**

(December 2022)

Department of the Treasury
Internal Revenue Service

# *E-file* Authorization for Corporations

For calendar year 2023, or tax year beginning _____ , 2023, ending _____ , 20 _____

**Use for efile authorizations for Form 1120, 1120-F or 1120S.**

**Do not send to the IRS. Keep for your records.**

Go to *www.irs.gov/Form8879CORP* for the latest information.

OMB No. 1545-0123

| Name of corporation | Employer identification number |
|---|---|
| GROOMORE INC | 61-1981990 |

| Part I | Information (Whole dollars only) | | |
|---|---|---|---|
| **1** | Total income (Form 1120, line 11) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1** | 94,360 |
| **2** | Total income (Form 1120-F, Section II, line 11) . . . . . . . . . . . . . . . . . . . | **2** | |
| **3** | Total income (loss) (Form 1120-S, line 6) . . . . . . . . . . . . . . . . . . . . . . . | **3** | |

| Part II | Declaration and Signature Authorization of Officer. Be sure to get a copy of the corporation's return. |
|---|---|

Under penalties of perjury, I declare that I am an officer of the above corporation and that I have examined a copy of the corporation's electronic income tax return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the corporation's electronic income tax return. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the corporation's return to the IRS and to receive from the IRS **(a)** an acknowledgement of receipt or reason for rejection of the transmission, **(b)** the reason for any delay in processing the return or refund, and **(c)** the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the corporation's federal taxes owed on this return, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at **1-888-353-4537** no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I have selected a personal identification number (PIN) as my signature for the corporation's electronic income tax return and, if applicable, the corporation's consent to electronic funds withdrawal.

**Officer's PIN: check one box only**

[x] I authorize **Andreea Wildner CPA** _____ to enter my PIN **81990** _____ as my signature
ERO firm name                                                                    do not enter all zeros

on the corporation's electronically filed income tax return.

[ ] As an officer of the corporation, I will enter my PIN as my signature on the corporation's electronically filed income tax return.

Officer's signature _____   Date _____   Title **PRESIDENT**

| Part III | Certification and Authentication |
|---|---|

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN.    **XXXXXX** 54587

do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the electronically filed income tax return for the corporation indicated above. I confirm that I am submitting this return in accordance with the requirements of **Pub. 3112,** IRS *e-file* Application and Participation, and **Pub. 4163,** Modernized e-File (MeF) Information for Authorized IRS *e-file* Providers for Business Returns.

ERO's signature **ANDREEA WILDNER** _____   Date _____

## ERO Must Retain This Form - See Instructions
## Do Not Submit This Form to the IRS Unless Requested To Do So

**For Paperwork Reduction Act Notice, see instructions.**                    Form **8879-CORP** (12-2022)

EEA

| | **Federal Supporting Statements** | 2023 | PG01 |
|---|---|---|---|

Name(s) as shown on return

GROOMORE INC

Tax ID Number

61-1981990

## FORM 1120 - LINE 26 - OTHER DEDUCTIONS    Statement #5

| DESCRIPTION | AMOUNT |
|---|---|
| BANK CHARGES | 435 |
| LEGAL AND PROFESSIONAL | 54,854 |
| CORPORATE OVERHEAD | 6,594 |
| SOFTWARE MAINTENANCE | 19,887 |
| **TOTAL** | **81,770** |

**PG01**

## SCHEDULE L - LINE 6    Statement #8

| DESCRIPTION | BEG OF YEAR | END OF YEAR |
|---|---|---|
| RECEIVABLE STRIPE | 9,572 | |
| **TOTAL** | **9,572** | |

**PG01**

## Schedule M-1 Line 5C    Statement #16
### Expenses recorded on Books

| DESCRIPTION | AMOUNT |
|---|---|
| 2022 INCOME TAX | 3,133 |
| **TOTAL** | **3,133** |

**PG01**

## FORM 1125A - LINE 5 - OTHER COST    Statement #7

| DESCRIPTION | AMOUNT |
|---|---|
| MERCHANT AND RETURN COSTS | 17,708 |
| **TOTAL** | **17,708** |

Client Copy

STATMENT.LD

# Estimated Tax Worksheet for Corporations

For calendar year 2024, or tax year beginning _____ , 2024, and ending _____ , 20 _____

**2024**

(This page is not filed with the return. It is for your records only)

**Estimated Tax Computation**   GROOMORE INC                                      61-1981990

| | | | |
|---|---|---|---:|
| 1 | Taxable income expected for the tax year . . . . . . . . . . . . . . . . . . . . | **1** | 11,881 |
| 2 | Multiply line 1 by the applicable percentage . . . . . . . . . . . . . . . . . . . . | **2** | 2,495 |
| 3 | Tax credits. See instructions . . . . . . . . . . . . . . . . . . . . | **3** | |
| 4 | Subtract line 3 from line 2 . . . . . . . . . . . . . . . . . . . . | **4** | 2,495 |
| 5 | Other taxes. See instructions . . . . . . . . . . . . . . . . . . . . | **5** | |
| 6 | **Total tax.** Add lines 4 and 5 . . . . . . . . . . . . . . . . . . . . | **6** | 2,495 |
| 7 | Credit for federal tax paid on fuels and other refundable credits. See instructions . . . . . . . . . . | **7** | |
| 8 | Subtract line 7 from line 6. **Note:** If the result is less than $500, the corporation is not required to make estimated tax payments . . . . . . . . . . . . . . . . . . . . | **8** | 2,495 |
| 9a | Enter the tax shown on the corporation's 2023 tax return. See instructions. **Caution:** If the tax is zero or the tax year was for less than 12 months, skip this line and enter the amount from line 8 on line 9b . . . . . . | **9a** | 2,495 |
| b | Enter the **smaller** of line 8 or line 9a. If the corporation is required to skip line 9a, enter the amount from line 8 . . . . . . . . . . . . . . . . . . . . | **9b** | 2,495 |

| | | (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 10 | **Installment due dates.** See 1120 instructions . . . . . . . . . . . . | **10** | 04-15-2024 | 06-17-2024 | 09-16-2024 | 12-16-2024 |
| 11 | **Required installments.** Enter 25% of line 9b in columns **(a)** through **(d).** . . . . . . . . . . . . | **11** | 624 | 624 | 624 | 624 |

Client Copy

| | Summary of Estimates | 2024 | |
|---|---|---|---|

Name(s) as shown on return  
GROOMORE INC

Tax ID Number  
61-1981990

Federal

**Form:** 1120

**Payment Schedule**

| Due Date | 04-15-2024 | 06-17-2024 | 09-16-2024 | 12-16-2024 | Total |
|---|---|---|---|---|---|
| Total Installment Amount | 624 | 624 | 624 | 624 | 2,496 |
| Overpayment Applied | | | | | |
| Net Installment Due | 624 | 624 | 624 | 624 | 2,496 |

**Taxpayer Records**

| | | | | | |
|---|---|---|---|---|---|
| Amount Actually Paid | | | | | |
| Date Paid | | | | | |
| Check #/Confirmation | | | | | |

ES_SUM1.LD

## Taxes and Licenses Attachment

Note: This information does not transmit to the IRS with e-filed returns.
Including with a paper filed return is optional.

**2023**

| CORPORATION NAME | EIN |
|---|---|
| GROOMORE INC | 61-1981990 |

**Taxes and Licenses**

**Form 1120, line 17**
**Form 1120-C, line 15**
**Form 1120-H, line 12**

| | | | |
|---|---|---|--:|
| 1 | State income taxes | 1 | |
| 2 | State franchise taxes | 2 | |
| 3 | City income taxes | 3 | |
| 4 | City franchise taxes | 4 | |
| 5 | Real estate taxes | 5 | |
| 6 | Local property taxes | 6 | |
| 7 | Intangible property taxes | 7 | |
| 8 | Payroll taxes | 8 | |
| 9 | Less: credit from Form 8846 | 9 | |
| 10 | Foreign taxes paid | 10 | |
| 11 | Occupancy taxes | 11 | |
| 12 | Other miscellaneous taxes | 12 | 709 |
| 13 | Licenses | 13 | |
| 14 | Total to Form 1120, Page 1, Line 17 | 14 | 709 |

Client Copy

ATT_CTL.LD

## Carryover/Carryforward Worksheet

**Form 1120** | (This page is not filed with the return. It is for your records only.) | **2023**

Name(s) as shown on return

**GROOMORE INC**

Tax ID Number

**61-1981990**

| | To Next Year |
|---|---:|
| **Form 1120** | |
| Contributions carryover . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Net Operating Loss Carryover . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| **Schedule D (Form 1120)** | |
| Unused capital loss carryover . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Reserved for future use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Carryover expiring this year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Capital loss carryover to next year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| **Form 2220** | |
| Tax . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2,495 |
| **Form 3800** | |
| General business credit carryforward . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| **Form 4562** | |
| Section 179 Carryover . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| **Form 4797** | |
| Nonrecaptured net section 1231 losses from WK_1231C . . . . . . . . . . . . . . . . . | |
| Reserved for future use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| **Reserved** | |
| Reserved for future use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| **Form 8827** | |
| Minimum tax credit carryforward . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |

## 1120 TAX RETURN COMPARISON
### 2021 / 2022 / 2023
(This page is not filed with the return. It is for your records only.)

**2023**

| Name(s) as shown on return | Identifying number |
|---|---|
| GROOMORE INC | 61-1981990 |

| | 2021 FEDERAL | 2022 FEDERAL | 2023 FEDERAL | DIFFERENCE BETWEEN 2022 & 2023 |
|---|---|---|---|---|
| Net receipts . . . . . . . . . . . . . | | 102,830 | 335,107 | 232,277 |
| Cost of goods sold . . . . . . . . . . | | 17,403 | 240,747 | 223,344 |
| Gross profit . . . . . . . . . . . . . | | 85,427 | 94,360 | 8,933 |
| Dividends . . . . . . . . . . . . . . | | | | |
| Interest . . . . . . . . . . . . . . . | | | | |
| Gross rents . . . . . . . . . . . . . | | | | |
| Gross royalties . . . . . . . . . . . . | | | | |
| Capital gain net income . . . . . . . . | | | | |
| Net gain/loss from 4797 . . . . . . . . | | | | |
| Other income . . . . . . . . . . . . | | | | |
| **Total income** . . . . . . . . . . . . | | 85,427 | 94,360 | 8,933 |
| | | | | |
| Compensation of officers . . . . . . . | | | | |
| Salaries and wages . . . . . . . . . . | | | | |
| Repairs and maintenance . . . . . . . | | | | |
| Bad debts . . . . . . . . . . . . . . | | | | |
| Rents . . . . . . . . . . . . . . . . | | | | |
| Taxes and licenses . . . . . . . . . . | | 722 | 709 | (13) |
| Interest . . . . . . . . . . . . . . . | | | | |
| Charitable contributions . . . . . . . . | | | | |
| Depreciation . . . . . . . . . . . . . | | | | |
| Depletion . . . . . . . . . . . . . . | | | | |
| Advertising . . . . . . . . . . . . . | | 5,389 | | (5,389) |
| Pension, profit-sharing . . . . . . . . | | | | |
| Employee benefits . . . . . . . . . . | | | | |
| Domestic production activities ded . . . | | | | |
| Other deductions . . . . . . . . . . . | | 63,805 | 81,770 | 17,965 |
| **Total deductions** . . . . . . . . . . | | 69,916 | 82,479 | 12,563 |
| NOL deduction . . . . . . . . . . . . | | 593 | | (593) |
| Special deductions . . . . . . . . . . | | | | |
| | | | | |
| **Taxable income** . . . . . . . . . . . | | 14,918 | 11,881 | (3,037) |
| **Total tax** . . . . . . . . . . . . . | | 3,133 | 2,495 | (638) |
| | | | | |
| Estimated taxes paid . . . . . . . . . | | | | |
| Total payments line 33 . . . . . . . . | | | | |
| | | | | |
| **Amount owed** . . . . . . . . . . . . | | 3,133 | 2,627 | (506) |
| **Overpayment** | | | | |
| Applied to estimate . . . . . . . . . . | | | | |
| Refund . . . . . . . . . . . . . . . | | | | |
| | | | | |
| **RESIDENT STATE** . . . . . . . . . . . | | GA | GA | |
| Taxable . . . . . . . . . . . . . . . | | 2,119 | 364 | (1,755) |
| Tax . . . . . . . . . . . . . . . . . | | 122 | 21 | (101) |
| Overpayment . . . . . . . . . . . . . | | | | |
| Balance Due . . . . . . . . . . . . . | | 122 | 21 | (101) |
| | **2021** | **2022** | **2023** | **DIFFERENCE** |

COMPARE.LD

| **Account Transaction Summary** | **2023** |
|---|---|

Name(s) as shown on return

GROOMORE INC

Tax ID Number

61-1981990

**Account #1**

| | |
|---|---|
| **Financial Institution** | EVOLVE BANK |
| **Routing Transit Number** | 084106768 |
| **Account Number** | ████1837 |
| **Account Type** | checking |

| | | | | |
|---|---|---|---|---|
| Federal Main Form | | | | |
| Federal Debit | (2,627) | **Date of Debit** | 09-04-2024 |
| | | | | |
| State Main Form(s) | | | | |
| GA Debit | (21) | **Date of Debit** | 09-04-2024 |
| | ———— | | | |
| **Net Debit** | **(2,648)** | | | |

PLEASE VERIFY BANK INFORMATION

1. Bank Name
2. Bank Routing Transit Number
3. Bank Account Number
4. Bank Account Type

**This information is used to deposit your refund or to pay any amount due. If you have provided incorrect information, or you have closed the account, you are responsible.**

I have reviewed the above information and certify that this information is correct and authorize     Andreea Wildner CPA
to use this account.

_____     _____
Signature                                   Date

DD_PMT.LD



2401402615

**Georgia Form 600** (Rev. 09/25/23) **Page 1**
Corporation Tax Return (Approved software version)
Georgia Department of Revenue
**2023**   Income Tax Return

Beginning 01-01-2023

Ending 12-31-2023

**2024**   Net Worth Tax Return

Beginning 01-01-2024

Ending 12-31-2024

| | | | |
|---|---|---|---|
| X Original Return | Address Change | Cease Filing Consolidated | UET Annualization Exception attached |
| Initial Net Worth | Name Change | Consolidated GA Parent Return | IT-552 attached |
| Amended Return | Final (attach explanation) | | |
| Amended due to IRS Audit | PL 86-272 | GA Consolidated Subsidiary | X Extension attached |
| | | Consolidated Parent FEIN | |

**A. Federal Employer ID Number**
61-1981990

**B. Name (Corporate title) Please give former name if applicable.**
GROOMORE INC

**C. GA Withholding Tax Account Number**

**D. Business Address (Number and Street)**
1445 WOODMONT LN NW STE 668

**E. GA Sales Tax Registration Number**

**F. City or Town**
ATLANTA

**G. State**
GA

**H. Zip Code**
30318

**I. Foreign Country Name**

**J. NAICS Code**
541511

**K. Date of Incorporation**
10-21-2020

**L. State of Incorporation**
DE

**M. Date admitted into GA**
01-01-2021

**N. Type of Business**
SOFTWARE FOR PET GR

**O. Location of Records for Audit: City**
ATLANTA

**State**
GA

**Country**

**P. Corporation's Telephone Number**
267-206-0152

**Q. Latest taxable year adjusted by IRS**

**R. And when reported to Georgia**

**S. Corporation Representative's Telehone Number**

**T. Corporation Representative's Name**

**U. Corporation Representative's Email Address**

| COMPUTATION OF GEORGIA TAXABLE INCOME AND TAX | (ROUND TO NEAREST DOLLAR) | | SCHEDULE 1 |
|---|---|---|---|
| 1. Federal Taxable Income (Copy of Federal return and supporting schedules must be attached) . . . . | 1. | | 11881 |
| 2. Additions to Federal Income (from Schedule 4) . . . . . . . . . . . . . . . . . . . . . | 2. | | |
| 3. Total (add Lines 1 and 2) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3. | | 11881 |
| 4. Subtractions from Federal Income (from Schedule 5) . . . . . . . . . . . . . . . . . . | 4. | | |
| 5. Balance (Line 3 less Line 4) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5. | | 11881 |
| 6. Georgia Net Operating loss deduction (from Schedule 9; See IT-611 instructions for 80% limitation) . | 6. | | |
| 7. Georgia Taxable Income (Line 5 less Line 6 or Schedule 7, Line 9) . . . . . . . . . . . | 7. | | 364 |
| 8. Passive Loss/Capital loss deduction (attach Schedule); See IT-611 instructions . . . . . . | 8. | | |
| 9. Income Tax (Line 7 less Line 8) x 5.75% . . . . . . . . . . . . . . . . . . . . . . | 9. | | 21 |

| COMPUTATION OF NET WORTH TAX | (ROUND TO NEAREST DOLLAR) | | SCHEDULE 2 |
|---|---|---|---|
| 1. Total Capital stock issued . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1. | | |
| 2. Paid in or Capital surplus . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2. | | 593 |
| 3. Total Retained earnings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3. | | 23666 |
| 4. Net Worth (Total of Lines 1, 2, and 3) . . . . . . . . . . . . . . . . . . . . . . . | 4. | | 24259 |
| 5. Ratio (GA. and Dom. For. Corp.-100%) (Foreign Corp. - Line 4, Sch. 8) . . . . 5. | | | |
| 6. Net Worth Taxable by Georgia (Line 4 x Line 5 ) . . . . . . . . . . . . . . . . . . . | 6. | | |
| 7. Net Worth Tax (from table in instructions) . . . . . . . . . . . . . . . . . . . . . | 7. | | |

**Georgia Form 600/2023**
**Page 2**



2401402625

(Corporation) Name GROOMORE INC

FEIN 61-1981990

| COMPUTATION OF TAX DUE OR OVERPAYMENT | (ROUND TO NEAREST DOLLAR) | | SCHEDULE 3 |
|---|---|---|---|
| | A. Income Tax | B. Net Worth Tax | C. Total |
| 1. Total Tax (Schedule 1, Line 9, and Schedule 2, Line 7) . . . . | 21 | | 1. 21 |
| 2. Credits and payments of estimated tax . . . . . . . . . . . . | | | 2. |
| 3. Schedule 10* Credits (must be filed electronically) . . . . . . . | | | 3. |
| 4. Withholding Credits (G2-A, G2-LP, and/or G2-RP) . . . . . . . | | | 4. |
| 5. Schedule 10B Refundable tax credits (must be filed electronically) | | | 5. |
| 6. Balance of tax due (Line 1, less Lines 2, 3, 4, and 5) . . . | | | 6. 21 |
| 7. Amount of overpayment (Lines 2, 3, 4, and 5 less Line 1) . . . | | | 7. |
| 8. Interest due (See Instructions) . . . . . . . . . . . . . . | | | 8. |
| 9. Form 600 UET (Estimated tax penalty) . . . . . . . . . . . | | | 9. |
| 10. Other penalty due (See Instructions) . . . . . . . . . . . . | | | 10. |
| 11. Amount Due (See Instructions) . . . . . . . . . . . . . . | | | 11. 21 |
| 12. Amount to be credited to 2024 estimated tax (Line 7 less Lines 8-10) | | Refund | 12. |

**\*NOTE:** Any tax credits from Schedule 10 may be applied against income tax liability only, **not** net worth tax liability.

### SEE PAGE 3 SIGNATURE SECTION FOR DIRECT DEPOSIT OPTIONS

| ADDITIONS TO FEDERAL TAXABLE INCOME | (ROUND TO NEAREST DOLLAR) | SCHEDULE 4 |
|---|---|---|
| 1. State and municipal bond interest (other than Georgia or political subdivision thereof) . . . . . . . | 1. | |
| 2. Net income or net profits taxes imposed by taxing jurisdictions other than Georgia . . . . . | 2. | |
| 3. Expense attributable to tax exempt income . . . . . . . . . . . . . . . . . . . . | 3. | |
| 4. Net operating loss deducted on Federal return . . . . . . . . . . . . . . . . . . | 4. | |
| 5. Reserved . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5. | |
| 6. Intangible expenses and related interest cost . . . . . . . . . . . . . . . . . . | 6. | |
| 7. Captive REIT expenses and costs . . . . . . . . . . . . . . . . . . . . . | 7. | |
| 8. Other Additions (Attach Schedule) . . . . . . . . . . . . . . . . . . . . . | 8. | |
| 9. TOTAL - Enter also on Line 2, Schedule 1 . . . . . . . . . . . . . . . . . . | 9. | |

| SUBTRACTIONS FROM FEDERAL TAXABLE INCOME | (ROUND TO NEAREST DOLLAR) | SCHEDULE 5 |
|---|---|---|
| 1. Interest on obligations of United States (must be reduced by direct and indirect interest expense) . . | 1 | |
| 2. Exception to intangible expenses and related interest cost (Attach IT-Addback) . . . . . . . . . | 2. | |
| 3. Exception to captive REIT expenses and costs (Attach IT-REIT) . . . . . . . . | 3. | |
| 4. Other Subtractions (Must Attach Schedule) . . . . . . . . . . . . . . . . | 4. | |
| 5. TOTAL - Enter also on Line 4, Schedule 1 . . . . . . . . . . . . . . . . | 5. | |

| APPORTIONMENT OF INCOME | | | SCHEDULE 6 |
|---|---|---|---|
| | A. WITHIN GEORGIA | B. EVERYWHERE | C. DO NOT ROUND COL (A) / COL (B) COMPUTE TO SIX DECIMALS |
| 1. Gross receipts from business . . . . . . . . . . . 1. | 10256 | 335107 | |
| 2. Georgia Ratio (Divide Column A by Column B) . . . . 2. | | | 0.030605 |

| COMPUTATION OF GEORGIA NET INCOME | (ROUND TO NEAREST DOLLAR ) | SCHEDULE 7 |
|---|---|---|
| 1. Net business income (Schedule 1, Line 5) . . . . . . . . . . . . . . . . . . . . . | 1. | 11881 |
| 2. Income allocated everywhere (Must Attach Schedule) . . . . . . . . . . . . . . . . . . | 2. | |
| 3. Business income subject to apportionment (Line 1 less Line 2) . . . . . . . . . . . . . . | 3. | 11881 |
| 4. Georgia Ratio (Schedule 6, Column C) . . . . . . . . . . 4. 0.030605 | 4. | |
| 5. Net business income apportioned to Georgia (Line 3 x Line 4) . . . . . . . . . . . . . | 5. | 364 |
| 6. Net income allocated to Georgia (Attach Schedule) . . . . . . . . . . . . . . . . . | 6. | |
| 7. Total of Lines 5 and 6 . . . . . . . . . . . . . . . . . . . . . . . . . . | 7. | 364 |
| 8. Less: Net operating loss apportioned to GA (from Schedule 9, see IT-611 80% instructions) . . . . . | 8. | |
| 9. Georgia taxable income (Enter also on Schedule 1, Line 7) . . . . . . . . . . . . . . . | 9. | 364 |

DRAKE SOFTWARE          01   1024 026 2023 GA   014   T1   20

Georgia Form **600/2023**
**Page 3**



2401402635

(Corporation) Name GROOMORE INC                                    FEIN 61-1981990

---

**COMPUTATION OF GEORGIA NET WORTH RATIO**         (TO BE USED BY FOREIGN CORPS ONLY)   **SCHEDULE 8**

| | A. WITHIN GEORGIA | B. TOTAL EVERYWHERE | C. GA Ratio (A/B) DO NOT ROUND COMPUTE TO SIX DECIMALS |
|---|---|---|---|
| 1. Total value of property owned (Total assets from Federal balance sheet) . . 1. | | | |
| 2. Gross receipts from business . . . . . . . . . . . . . . . . . 2. | | | |
| 3. **Totals** (Line 1 plus Line 2) . . . . . . . . . . . . . . . . . . 3. | | | |
| 4. Georgia Ratio (Divide Line 3A by 3B) . . . . . . . . . . . . 4. | | | |

---

A copy of the Federal Return and supporting Schedules must be attached if filing by paper. No extension of time for filing will be allowed unless a copy of the request for a Federal extension or Form IT-303 is attached to this return.

**Make check payable to:** Georgia Department of Revenue
**Mail to:** Georgia Department of Revenue, Processing Center, PO Box 740397, Atlanta, Georgia 30374-0397

---

**DIRECT DEPOSIT OPTIONS**

**A. Direct Deposit** (For U.S. Accounts Only) See booklet for further instructions. If Direct Deposit is not selected, a paper check will be issued.

Type: Checking          Savings          Routing Number

Account Number

---

**Declaration:** I/We declare under the penalties of perjury that I/we have examined this return (including accompanying schedules and statements) and to the best of my/our knowledge and belief, it is true, correct, and complete. If prepared by a person other than the taxpayer, this declaration is based on all information of which the preparer has knowledge.

By providing my e-mail address I am authorizing the Georgia Department of Revenue to electronically notify me at the below e-mail address regarding any updates to my account(s).
Taxpayer's E-mail Address:

X    Check the box to authorize the Georgia Department of Revenue to discuss the contents of this tax return with the named preparer.

---

SIGNATURE OF OFFICER                          SIGNATURE OF INDIVIDUAL OR FIRM PREPARING THE RETURN

PRESIDENT                                     ANDREEA WILDNER CPA
TITLE                                         FIRM PREPARING THE RETURN

04-13-2024                                    37-1704874
DATE                                          IDENTIFICATION OR SOCIAL SECURITY NUMBER

Client Copy

**Form IT-303** (Rev. 07/23/20)



2130302614

MAIL TO:

**Georgia Department of Revenue
Processing Center
PO Box 740320
Atlanta, GA  30374-0320**

Georgia Department of Revenue

## APPLICATION FOR EXTENSION OF TIME
## FOR FILING STATE INCOME TAX RETURNS

### IMPORTANT! ACCEPTANCE OF FEDERAL EXTENSIONS

A FEDERAL EXTENSION WILL BE ACCEPTED AS A GEORGIA EXTENSION IF: (1) THE RETURN IS RECEIVED WITHIN THE TIME AS EXTENDED BY THE INTERNAL REVENUE SERVICE, AND (2) A COPY OF THE FEDERAL EXTENSION(S) IS ATTACHED TO THE RETURN WHEN FILED. **NOTE: THERE IS NO EXTENSION FOR PAYMENT OF TAX. INCOME TAX OR CORPORATE NET WORTH TAX MUST BE PAID BY THE PRESCRIBED DUE DATE TO AVOID THE ASSESSMENT OF LATE PAYMENT PENALTIES AND INTEREST.**

### THIS IS NOT A PAYMENT FORM! REMIT PAYMENT ON FORM IT-560 OR IT-560C.

COMPLETE THIS FORM IN TRIPLICATE. MAIL THE ORIGINAL PRIOR TO THE RETURN DUE DATE AND KEEP 2 COPIES. ATTACH ONE COPY TO THE RETURN WHEN FILED AND RETAIN ONE COPY FOR YOUR RECORDS. <u>WE WILL NOTIFY YOU ONLY IF YOUR EXTENSION REQUEST IS DENIED.</u>

### SECTION 1

| NAME | | SOCIAL SECURITY NUMBER OR FEIN |
|---|---|---|
| GROOMORE INC | | 61-1981990 |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 1445 WOODMONT LN NW STE 668 | ATLANTA | GA | 30318 |

NAME OF TAXPAYER FOR WHOM EXTENSION IS FILED, IF DIFFERENT FROM ABOVE

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

### SECTION 2

APPLICATION IS HEREBY MADE FOR AN EXTENSION OF TIME FOR THE FOLLOWING STATE TAX RETURN:

1. Type of return (check proper type):     2. For Period Ending:     3. Extension Requested To:

☐ Individual--Form 500

☐ Partnership--Form 700

☐ Fiduciary--Form 501 (5 1/2 months only)

☒ Corporate Income Tax                       12-31-2023        10-15-2024

☒ Net Worth Tax (For Period Beginning) 01-01-2024   12-31-2024   10-15-2024

☐ Other

NOTE: Except as noted above, extensions are limited by law to six (6) months, please see line 6 of instructions.

### SECTION 3

REASON FOR EXTENSION:

_____

_____

_____

_____

_____

I AFFIRM THAT THE ABOVE INFORMATION IS, TO THE BEST OF MY KNOWLEDGE AND BELIEF, TRUE AND ACCURATE. THIS AFFIRMATION IS MADE UNDER THE PENALTIES PRESCRIBED BY LAW.

_____                    _____
DATE                                             SIGNATURE OF TAXPAYER OR AUTHORIZED AGENT

                                                 _____
                                                 IF SIGNED BY AGENT, AGENT'S FIRM OR TRADE NAME

DRAKE SOFTWARE                     01          026



ERO MUST RETAIN THIS FORM.
**DO NOT SUBMIT THIS FORM** TO
GEORGIA DEPARTMENT OF REVENUE
UNLESS REQUESTED TO DO SO.

**IRS DCN OR SUBMISSION ID**

| 0 | 0 | 5 | 9 | 5 | 8 | 5 | 4 | 0 | 0 | 0 | 0 | 0 | 4 | | | | |

**GA-8453C**
**2023**

# GEORGIA CORPORATE INCOME TAX DECLARATION FOR ELECTRONIC FILING
## SUMMARY OF AGREEMENT BETWEEN TAXPAYER AND ERO OR PAID PREPARER

☐ Cease Filing
Consolidated

☐ GA Consolidated Subsidiary
Consolidated Parent FEIN

☐ Consolidated GA Parent

☒ Original Return

☐ Amended Return

☐ Address Change

☐ Name Change

☐ IT-552 Attached

☐ Initial Net Worth

☒ Extension

☐ Final Return

☐ Amended Due to
IRS Audit

☐ PL 86-272

☐ UET Annualization
Exception

| **2023** Income Tax Return | **2024** Net Worth Return |
|---|---|
| Beginning 01-01-2023 | Beginning 01-01-2024 |
| Ending 12-31-2023 | Ending 12-31-2024 |

| Federal Employer ID Number | Name (Corporate title) | Date admitted into GA |
|---|---|---|
| 61-1981990 | GROOMORE INC | 01-01-2021 |

| Location of Records (City & State) | Business Address | Incorporated under laws of what state |
|---|---|---|
| ATLANTA        GA | 1445 WOODMONT LN NW STE 668 | DE |

| Corporation's Telephone Number | City or Town | State | Zip Code | NAICS Code |
|---|---|---|---|---|
| 267-206-0152 | ATLANTA | GA | 30318 | 541511 |

## PART I                                                                 TAX RETURN INFORMATION

| | | |
|---|---|---|
| 1. Federal taxable income (Form 600, Sch 1, Line 1) . . . . . . . . . . . . . | 1. | 11881 |
| 2. Georgia taxable income (Form 600, Sch 1, Line 7) . . . . . . . . . . . . . | 2. | 364 |
| 3. Net Worth (Form 600, Sch 2, Line 4) . . . . . . . . . . . . . . . . | 3. | 24259 |
| 4. Net Worth Taxable by Georgia (Form 600, Sch 2, Line 6) . . . . . . . | 4. | 0 |
| 5. Tax Amounts (Form 600, Sch 3, Line 1) . . . . . Income      21      Net Worth | 5. | 0 |
| 6. Amount due with return (Form 600, Sch 3, Line 11) . . . . . . . . . . | 6. | 21 |
| 7. Refund (Form 600, Sch 3, Line 12) . . . Credited to 2024 ____ Refund ____ | | |

## PART II                                                          DECLARATION OF CORPORATE OFFICER

Under penalties of perjury, I declare that the information I have provided to the corporation's Electronic Return Originator (ERO) and/or Online Service Provider and/or Transmitter and the amounts shown in Part I agree with the amounts shown on the corresponding lines of the electronic portion of the corporation's 2023 Georgia Corporate Income Tax Return. I declare that I have examined the corporation's tax return, including accompanying schedules and statements, and to the best of my knowledge and belief, the corporation's return is true, correct and complete. I consent that the electronic portion of the corporation's return may be sent by my ERO/Online Service Provider/Transmitter.

**SIGN HERE**

SIGNATURE OF OFFICER                                    DATE                      TITLE  PRESIDENT

PRINT NAME  CHUNLIANG LIN                               EMAIL

## PART III        DECLARATION OF ELECTRONIC RETURNS ORIGINATOR AND PAID PREPARER

**I DECLARE THAT I HAVE REVIEWED THE ABOVE CORPORATION'S RETURN AND THAT THE ENTRIES ON THE GA-8453C ARE COMPLETE AND CORRECT TO THE BEST OF MY KNOWLEDGE.**

| ERO's Use Only | ERO's Signature | Date |
|---|---|---|
| | Firm's Name  ANDREEA WILDNER CPA | Check also if paid preparer ☒ |
| | Address  2060 GOLF VIEW DR | |
| | City, State & Zip Code  DUNEDIN        FL 34698 | |

**IF PREPARED BY A PERSON OTHER THAN THE TAXPAYER, THIS DECLARATION IS BASED ON ALL THE INFORMATION OF WHICH THE PREPARER HAS ANY KNOWLEDGE.**

| Paid Preparer's Use Only | Paid Preparer's Signature | Date |
|---|---|---|
| | Firm's Name | FEIN/PTIN |
| | Address | SSN/TIN |
| | City, State & Zip Code | |

GA-8453C (REV. 09/25/23)                    **KEEP A COPY WITH YOUR RECORDS**

## GA DIRECT DEBIT
**(FOR E-FILED RETURNS ONLY)**

| | |
|---|---|
| Name of Financial Institution | EVOLVE BANK |
| Name on Account | GROOMORE INC |
| RTN | 084106768 |
| Account Number | ████ 1837 |
| Checking | [X]    Savings [ ] |
| Amount | 21 |
| Date of Debit | 09-04-2024 |
| Account Type | |
| Business Account -1    Personal Account - 2 | 1 |

## GA DIRECT DEPOSIT

| | |
|---|---|
| RTN | |
| Account Number | |
| Checking | [ ]    Savings [ ] |
| Amount | |

Client Copy

**GA_PDF~**

(KEEP FOR YOUR RECORDS)
**State EF Attachments**

**2023**

Names as shown on return
GROOMORE INC

**FEIN/SSN**
61-1981990

| Reference | Description | Filename: |
|-----------|-------------|-----------|
| GA303 | GA EXTENSION | GA303.PDF |

GA_PDF~~.LD   **\*\*\* Before selecting this return for EF, ensure all PDFs are current, based on the last calculation. \*\*\***

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| GrooMore, Inc. | Case No. 25-_____ (__) |
| Debtor.[1] | (Subchapter V) |

## <u>VERIFICATION OF CREDITOR MATRIX</u>

I, the Founder and CEO of the corporation named as the debtor in this case, hereby verify

that the attached list of creditors is true and correct to the best of my knowledge.

Date: January 9, 2025

/s/ ChunLiang Lin
ChunLiang Lin
Title: Founder and CEO

---

[1]    The last four digits of the Debtor's federal tax identification number are 1990.  The Debtor's mailing address is 1445 Woodmont Ln NW, Suite 668, Atlanta, GA 30318.

Amazon Web Services
410 Terry Avenue North,
Seattle, Washington, 98109

ChunLiang Lin
Building 2, D403,
Nan Guo Li Cheng, Nan Shan District,
Shenzhen, Guangdong,
China

Evolve Bank & Trust
6000 Poplar Avenue, Suite 300
Memphis, TN 38119


Google
1600 Amphitheatre Parkway
Mountain View, CA 94043

Intercom
55 2nd Street, 4th fl,
San Fracisco, CA 94105

J.S. Held LLC – US
50 Jericho Quadrangle
Ste 117
Jericho, NY 11753

Jiang Xue
Building A, Unit 227,
Phase 1, Deyi Mingju,
Shenzhen, Guangdong Province,
China

Jie Zhang
Room 605a, 6th Floor,
Zhongdian Lighting Building,
Nanshan District, Shenzhen, Guangdong
Province, P.R.
China
Jingfang Cai
2117 Fanshawe St
Philadelphia, PA 19149

Lesowitz Gebelin
8383 Wilshire Blvd.,

Suite 800
Beverly Hills, CA 90211

Moement, Inc.
22110 Artesia Blvd., Ste. 177,
Redondo Beach, CA 90278

Norton Roate Fulbright US LLP
555 South Flower Street
Forty-First Floor
Los Angeles, CA 90071
Attn: Christopher Pelhman
          Alex Scandroli

Paula Sitek
308 Everdale Rd
Peachtree City, GA 30269

Songyun Liu
c/o Cohen Law Group
1901 Avenue of the Stars, Suite 200
Los Angeles, CA 90067
Attn: Joyce H. Ma

Stripe
199 Water St,
New York, NY 10038

Structure Law
1754 Technology Drive,
Suite 135 San Jose, CA 95110

Telnyx
311 W Superior St, Ste 504,
Chicago, IL 60654

Twilio
101 Spear Street, Fifth Floor,
San Francisco, CA 94105

Yi Liu
132 Holly Ter
Sunnyvale, CA 94086

Zhao Ji Wen
Mao Hua Xi Du Hui,
No. 910, Xinyu Road,
Yuhua District, Changsha, Hunan Province,
China