IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| GrooMore, Inc. | Case No. 25-10018 (CTG) |
| Debtor.[1] | (Subchapter V) |

### DECLARATION OF CHUNLIANG LIN PURSUANT TO 11 U.S.C. § 1116(1)

I, ChunLiang Lin, hereby declare as follows:

1. I am the founder and chief executive officer of GrooMore Inc., the debtor and debtor in possession in this chapter 11 case ("GrooMore" or the "Debtor").

2. As the Debtor's founder and CEO, I am familiar with the Debtor's business, day-to-day operations, financial affairs, and books and records. Except as otherwise indicated, the statements set forth in this declaration are based upon my personal knowledge of the Debtor's operations, information learned from my review of relevant documents, information supplied to me from the Debtor's advisors, or my own opinion based on my knowledge, experience and information concerning the Debtor's operations and financial condition. I am authorized to submit this declaration on behalf of the Debtor. If called to testify, I could and would testify competently to the matters set forth in this declaration.

3. Pursuant to 11 U.S.C. § 1116(1), I am aware that each Debtor is required to either: (1) append to its bankruptcy petition (the "Bankruptcy Petition") its most recent balance sheet, statement of operations, cash-flow statements and Federal income tax return; or (2) provide

---

[1] The last four digits of the Debtor's federal tax identification number are 1990. The Debtor's mailing address is 1445 Woodmont Ln NW, Suite 668, Atlanta, GA 30318.

1

a statement that no such balance sheet, statement of operations, cash-flow statements and Federal income tax return exists.

    4.    Appended to the Bankruptcy Petition was the Debtor's most recent Federal income tax return.

    5.    Attached hereto as **Exhibit A** is the Debtor's most recent balance sheet.

    6.    Attached hereto as **Exhibit B** is the Debtor's most recent statement of operations.

    7.    Attached hereto as **Exhibit C** is the Debtor's most recent cash flow statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: January 14, 2025
      Shenzhen, China                    /s/ ChunLiang Lin
                                           ChunLiang Lin