**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| GrooMore, Inc. | Case No. 25-10018 (CTG) |
| Debtor.[1] | (Subchapter V) |

**NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON FEBRUARY 7, 2025 AT 2:00 P.M. (ET)**

> **This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Goldblatt's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-craig-tgoldblatt) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements.**
>
> **Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.**

**RESOLVED MATTERS**

1. Debtor's Application for Entry of an Order Under Sections 327(a), 328(a), and 1107(b) of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016 and Local Rules 2014-1 and 2016-1 Authorizing Retention and Employment of Pashman Stein Walder Hayden, P.C. as Counsel for the Debtor *Nunc Pro Tunc* to the Petition Date (D.I. 30, filed 01/17/2025)

    Objection Deadline: January 31, 2025 at 4:00 p.m. (ET).

    Responses Received: None.

    Related Documents:

    a. Notice of Filing of Revised Schedule 1 to Exhibit B to the Debtor's Application for Entry of an Order Under 327(a), 328(a), and 1107(b) of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016 and Local Rules 2014-1 and 2016- Authorizing

---

[1] The last four digits of the Debtor's federal tax identification number are 1990. The Debtor's mailing address is 1445 Woodmont Ln. NW, Suite 668, Atlanta, GA 30318.

        Retention and Employment of Pashman Stein Walder Hayden, P.C. as Counsel for the Debtor *Nunc Pro Tunc* to the Petition Date (D.I. 44, filed 02/03/2025)

    b.    Certificate of Counsel Regarding Debtor's Application for Entry of an Order Under Sections 327(a), 328(a), and 1107(b) of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016 and Local Rules 2014-1 and 2016-1 Authorizing Retention and Employment of Pashman Stein Walder Hayden, P.C. as Counsel for the Debtor *Nunc Pro Tunc* to the Petition Date (D.I. 45, filed 02/03/2025)

    c.    Order Under Sections 327(a), 328(a), and 1107(b) of the Bankruptcy Code, Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure, and Local Rules 2014-1 and 2016-1 Authorizing Retention and Employment of Pashman Stein Walder Hayden, P.C. as Counsel for the Debtor *Nunc Pro Tunc* to the Petition Date  (D.I. 49, filed 02/04/2025)

Status:  The Court has entered an order on this matter.  No hearing is necessary.

2.    Debtor's Motion for Entry of an Order Extending Time to File Schedules of Assts and Liabilities and Statements of Financial Affairs (D.I. 31, filed 01/17/2025)

    Objection Deadline: January 31, 2025 at 4:00 p.m. (ET).

    Responses Received: None.

    Related Documents:

    a.    Certificate of No Objection Regarding Debtor's Motion for Entry of an Order Extending Time to File Schedules of Assts and Liabilities and Statements of Financial Affairs (D.I. 46, filed 02/03/2025)

    b.    Order Extending Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs (D.I. 50, filed 02/03/2025)

Status:  The Court has entered an order on this matter.  No hearing is necessary.

3.    Debtor's Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and Subchapter V Trustee (D.I. 32, filed 01/17/2025)

    Objection Deadline: January 31, 2025 at 4:00 p.m. (ET).

    Responses Received: None.

    Related Documents:

    a.    Certificate of No Objection Regarding Debtor's Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and Subchapter V Trustee (D.I. 47, filed 02/03/2025)

    b.    Order Establishing Procedures of Interim Compensation and Reimbursement of Expenses for Retained Professionals and Subchapter V Trustee (D.I. 51, filed 02/03/2025)

Status:  The Court has entered an order on this matter.  No hearing is necessary.

4.    Debtor's Motion for Entry of an Order Approving Procedures for the Retention and Compensation of Orindary Course Professionals *Nunc Pro Tunc* to the Petition Date (D.I. 33, filed 01/17/2025)

Objection Deadline: January 31, 2025 at 4:00 p.m. (ET).

Responses Received: None.

Related Documents:

    a.    Certification of Counsel Regarding Debtor's Motion for Entry of an Order Approving Procedures for the Retention and Compensation of Orindary Course Professionals *Nunc Pro Tunc* to the Petition Date (D.I. 48, filed 02/03/2025)

    b.    Order Approving Procedures for the Retention and Compensation of Ordinary Course Professionals *Nunc Pro Tunc* to the Petition Date (D.I. 52, filed 02/03/2025)

Status:  The Court has entered an order on this matter.  No hearing is necessary.

**MATTERS GOING FORWARD**

5.    Debtor's Motion for Interim and Final Orders (I) Authorizing Payment of Prepetition Claims of Certain Critical Vendors and (II) Granting Related Relief (D.I. 2, filed 01/9/2025).

Objection Deadline: January 31, 2025 at 4:00 p.m. (ET).

Responses Received:

    a.    Moment, Inc.'s Omnibus Response and Reservation of Rights with Respect to Final Approval of First Day Motions (D.I. 43, filed 01/31/2025)

Related Documents:

    a.    Interim Order (I) Authorizing Payment of Prepetition Claims of Certain Critical Vendors and (II) Granting Related Relief (D.I. 19, filed 01/10/2025)

    b.    Notice of Hearing Regarding Debtor's Motion for Interim and Final Orders (I) Authorizing Payment of Prepetition Claims of Certain Critical Vendors and (II) Granting Related Relief (D.I. 22, filed 01/10/2025)

Status:  This matter is going forward.

6.    Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to Pay Certain Prepetition Wages, Benefits, and Other Compensation Obligations, (II) Authorizing Financial Institutions to Honor All Obligations Related Thereto, and (III) Granting Related Relief (D.I. 3, filed 01/9/2025)

    Objection Deadline: January 31, 2025 at 4:00 p.m. (ET).

    Responses Received:

    a.    Moment, Inc.'s Omnibus Response and Reservation of Rights with Respect to Final Approval of First Day Motions (D.I. 43, filed 01/31/2025)

    Related Documents:

    a.    Interim Order (I) Authorizing the Debtor to Pay Certain Prepetition Wages, Benefits, and Other Compensation Obligations, (II) Authorizing Financial Institutions to Honor All Obligations Related Thereto, and (III) Granting Related Relief (D.I. 20, filed 01/10/2025)

    b.    Notice of Hearing Regarding Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to Pay Certain Prepetition Wages, Benefits, and Other Compensation Obligations, (II) Authorizing Financial Institutions to Honor All Obligations Related Thereto, and (III) Granting Related Relief (D.I. 23, filed 01/10/2025)

Status:  This matter is going forward.

7.    Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Continue to Use the Current Cash Management System Until January 22, 2025, (B) Implement the New Cash Management System or Any Other Changes to the New Cash Management System as the Debtor Deems Necessary and Appropriate, and (D) Continue to Use the Existing Payment Methods Until January 22, 2025; , (II) Authorizing the Debtor to Maintain and Continue to Use Existing Business Forms Without Reference to its Status as Debtor in Possession; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief (D.I. 4, filed 01/9/2025)

    Objection Deadline: January 31, 2025 at 4:00 p.m. (ET).

    Responses Received:

    a.    Moment, Inc.'s Omnibus Response and Reservation of Rights with Respect to Final Approval of First Day Motions (D.I. 43, filed 01/31/2025)

    Related Documents:

    b.    Interim Order (I) Authorizing the Debtor to (A) Continue to Use the Current Cash Management System for a Period of up to 30 Days, (B) Implement the New Cash Management System or Any Other Changes to the New Cash Management System as the Debtor Deems Necessary or Appropriate, and (C) Continue to Use Existing Payment Methods for a Period up to 30 Days; (II) Authorizing the Debtor to Maintain and Continue to Use Existing Business Forms Without Reference to its Status as Debtor in Possession; (III) Scheduling a Final Hearing; and (V) Granting Related Relief (D.I. 21, filed 01/10/2025)

    c.    Notice of Hearing Regarding Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Continue to Use the Current Cash Management System Until January 22, 2025, (B) Implement the New Cash Management System or Any Other Changes to the New Cash Management System as the Debtor Deems Necessary and Appropriate, and (C) Continue to Use the Existing Payment Methods Until January 22, 2025;, (II) Authorizing the Debtor to Maintain and Continue to Use Existing Business Forms Without Reference to its Status as Debtor in Possession; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief (D.I. 24, filed 01/10/2025)

Status: This matter is going forward.

8.    Motion of Moement, Inc. for Entry of an Order Granting Stay Relief and Related Relief (D.I. 37, filed 01/24/2025)

    Objection Deadline: January 31, 2025 at 4:00 p.m. (ET).

    Responses Received:

    a.    Debtor's Objection to Motion of Moement, Inc. For Entry of an Order Granting Stay Relief and Related Relief (D.I. 42, filed 01/31/2025)

    b.    Moement, Inc.'s Reply in Support of Motion for Entry of an Order Granting Stay relief and Unrelated relief (D.I. 54, filed 02/04/2025)

    Related Documents:

a. Declaration of Christopher Pelman in Support of the Motion of Moement, Inc. for Entry of an Order Granting Stay Relief and Related Relief (D.I. 38, filed 01/24/2025)

<u>Status</u>: This matter is going forward.

Dated: February 5, 2025
      Wilmington, Delaware

**PASHMAN STEIN WALDER HAYDEN, P.C.**

<u>/s/ Richard W. Riley</u>
Joseph C. Barsalona II (No. 6102)
Richard W. Riley (No. 4052)
824 North Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 592-6496
Email: jbarsalona@pashmanstein.com

-and-

Katherine R. Beilin (admitted *pro hac vice*)
Court Plaza South, East Wing
21 Main Street, Suite 200
Hackensack, NJ 07601
Telephone: (201) 488-8200
Email: kbeilin@pashmanstein.com

*Counsel to the Debtor and Debtor in Possession*